**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  13-cv-02340-CMA-KMT

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

and

SAFIA ABDULLE ALI, et al.,

    Plaintiff/Intervenors,

v.

JETSTREAM GROUND SERVICES, INC.,

    Defendant.

---

**NOTICE OF ENTRY OF APPEARANCE OF RAYMOND M. DEENY**

---

    Raymond M. Deeny of the law firm of Sherman & Howard L.L.C. hereby enters his appearance on behalf of Defendant Jetstream Ground Services, Inc.

    Respectfully submitted this 12th day of November, 2013.

                                            s/ Raymond M. Deeny
                                            Raymond M. Deeny, Esq.
                                            SHERMAN & HOWARD L.L.C.
                                            90 South Cascade Avenue, Suite 1500
                                            Colorado Springs, CO 80903
                                            Telephone:  (719) 475-2440
                                            Facsimile:   (719) 635-4576
                                            E-mail:  rdeeny@shermanhoward.com

                                            Attorney for Defendant
                                            Jetstream Ground Services, Inc.

## CERTIFICATE OF SERVICE

      I hereby certify that on this 12th day of November, 2013, I electronically filed the foregoing **NOTICE OF ENTRY OF APPEARANCE OF RAYMOND M. DEENY** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    Iris Halpern, Esq.
    Equal Employment Opportunity Commission
    Denver Field Office
    303 E. 17th Avenue, Suite 410
    Denver, CO 80203
    Iris.halpern@eeoc.gov

    Diane S. King, Esq.
    Lauren M. Hasselbacher, Esq.
    1670 York Street
    Denver, CO 80206
    king@kinggreisen.com
    hasselbacher@kinggreisen.com

                                                s/ Mary Ann Meise