# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 13-cv-02340-CMA-KMT

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

SAHRA ABDIRAHMAN, SAFIA ALI, HANA BOKKU, SADIYO JAMA, AND AMINO WARSAME,

    Plaintiffs/Intervenors,

v.

JETSTREAM GROUND SERVICES, INC.

    Defendant,

___

## NOTICE OF ENTRY OF APPEARANCE
___

Dana L. Menzel of KING & GREISEN, LLP hereby enters her appearance as co-counsel with Diane S. King of KING & GREISEN, LLP on behalf of Plaintiffs/Intervenors Sahra Abdirahman, Safia Ali, Hana Bokku, Sadiyo Jama and Amino Warsame.

Dated:  January 30, 2014

                                                      King & Greisen, LLP

                                                      By: s/Dana L. Menzel
                                                           Diane S. King
                                                           Dana L. Menzel
                                                           1670 York Street
                                                           Denver, CO 80206
                                                           (303) 298-9878
                                                           (303) 298-9879 (fax)

king@kinggreisen.com
Menzel@kinggreisen.com
*Attorneys for Plaintiffs/Intervenors*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of January, 2014, I electronically filed the foregoing **NOTICE OF ENTRY OF APPEARANCE** with the Clerk of the COURT using the CM/ECF system.

Iris Halpern            iris.halpern@eeoc.gov
Hillary K. Valderrama   Hillary.valderrana@eeoc.gov
U.S. Equal Employment Opportunity Commission


Raymond M. Deeny   rdeeny@shermandhoward.com
William A. Wright     wwright@shermanhoward.com
Matthew Morrison    mmorrison@shermanhoward.com
Attorneys for Defendant


      s/Dianne Von Behren
      Dianne Von Behren
      Paralegal