**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  13-cv-02340-CMA-KMT

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

      Plaintiff,

and

SAFIA ABDULLE ALI, et al.,

      Plaintiff/Intervenors,

v.

JETSTREAM GROUND SERVICES, INC.,

      Defendant.

_____

**NOTICE OF SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE**
_____

      Jetstream Ground Services, Inc., by and through its counsel, submits notice that Andrew W. Volin, of the law firm of Sherman & Howard L.L.C., enters his appearance on behalf of Defendant Jetstream Ground Services, Inc., in substitution for William A. Wright, of the law firm of Sherman & Howard L.L.C.

2

Respectfully submitted this 5th day of June, 2014.

                                                SHERMAN & HOWARD L.L.C.

                                                s/ *Andrew W. Volin*
                                                Andrew W. Volin
                                                633 17th St., Suite 3000
                                                Denver, CO  80202
                                                303-297-2900 telephone
                                                303-298-0940 facsimile
                                                avolin@shermanhoward.com

2

CERTIFICATE OF SERVICE

      I hereby certify that on this 5th day of June, 2014, I electronically filed the foregoing **NOTICE OF SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record:

    Iris Halpern, Esq.
    Equal Employment Opportunity Commission
    Denver Field Office
    303 E. 17th Avenue, Suite 410
    Denver, CO 80203
    Iris.halpern@eeoc.gov

    Diane S. King, Esq.
    Lauren M. Hasselbacher, Esq.
    1670 York Street
    Denver, CO 80206
    king@kinggreisen.com
    hasselbacher@kinggreisen.com


                                          *s/ Sharon Brookshire*
                                          Sharon Brookshire