IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 13-cv-02340-CMA-KMT | Date: | September 9, 2014 |
| Courtroom Deputy: | Sabrina Grimm | FTR: | Courtroom C-201 |

*Parties:*                                                              *Counsel:*

EQUAL EMPLOYMENT OPPORTUNITY          Iris Halpern
COMMISSION,                                           Hillary Valderrama

    Plaintiff,

v.

JETSTREAM GROUND SERVICES, INC.           Andrew Volin
                                                                    Matt Morrison

    Defendant.

**COURTROOM MINUTES**

**MOTION HEARING**

**1:31 p.m.**      **Court in session.**

Court calls case. Appearances of counsel.

Dana Menzel is present on behalf of the Intervenor Plaintiffs.

Discussion and argument with respect to Dr. Greene's report regarding reliability of intervenor-plaintiffs' memories.

Court states its findings.

**ORDERED:**    EEOC's Opposed Motion to Strike Expert Witness Under Fed.R.Evid. 702 and Unopposed Motion for Expedited Ruling [61] is GRANTED. Dr. Greene shall be precluded from testifying in this case.

**ORDERED:**    EEOC's Unopposed Motion Under Fed.R.Civ.P 26(c) to Stay Discovery and for Expedited Ruling and Alternatively for an Extension of Time to Conduct Discovery and Designate Rebuttal Expert [62] is MOOT.

**ORDERED:** **Discovery dates are extended as follows:**
- **Disclosure of Rebuttal Experts – October 6, 2014**
- **Discovery Cut Off – October 31, 2014**
- **Dispositive Motions Deadline – December 5, 2014**

**ORDERED:** **Telephonic Final Pretrial Conference is VACATED and RESET to March 5, 2015 at 10:15 a.m.  The parties shall initiate a conference call and contact chambers at 303-335-2780 at the time of the Final Pretrial Conference.  A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than seven days before the Final Pretrial Conference.**

Discussion regarding defendant's interrogatory no. 20.

**2:35 p.m.** **Court in recess.**

Hearing concluded.
Total in-court time    01:04

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.