IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 13-cv-02340-CMA-KMT | Date: | January 15, 2015 |
| Courtroom Deputy: | Sabrina Grimm | FTR: | Courtroom C-201 |

| *Parties:* | *Counsel:* |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | Iris Halpern |
| Plaintiff, | |
| v. | |
| JETSTREAM GROUND SERVICES, INC., | Andrew Volin<br>Matthew Morrison |
| Defendant. | |

**COURTROOM MINUTES**

**MOTION HEARING**

**1:36 p.m.**     **Court in session.**

Court calls case. Appearances of counsel.

Also present, on behalf of the Intervenor Plaintiffs, Diane King and Hunter Swain. On behalf of Interested Party Air Serv, Daniel Bristol.

Discussion and argument regarding the affidavit of Jeanette Smith with respect to the Air Serv female employees wearing scarves and long skirts, accident reports related to clothing, and the relevancy of JetStream's request.

**ORDERED:** Defendant's Motion for Order Imposing Contempt Sanctions on Non-Party Airserv Corporation for Failure to Comply with a Subpoena, Compelling Airserv to Comply, and for Leave to Conduct Limited Discovery Past the Discovery Cutoff [77] is DENIED, as stated on record. Air Serv is awarded costs and attorney fees, against Defendant JetStream, incurred in responding to this motion and for appearing at today's hearing. Air Serv will file a statement of costs and fees if it chooses.

**2:13 p.m.**     **Court in recess.**
Hearing concluded.
Total in-court time     00:37