IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 13-cv-02340-CMA-KMT | Date: | February 25, 2015 |
| Courtroom Deputy: | Sabrina Grimm | FTR: | Courtroom C-201 |

*Parties:*  *Counsel:*

EQUAL EMPLOYMENT OPPORTUNITY        Iris Halpern
COMMISSION,                         Wasan Awad

   Plaintiff,

v.

JETSTREAM GROUND SERVICES, INC.,    Andrew Volin
                                    Matt Morrison

   Defendant.

## COURTROOM MINUTES

**MOTION HEARING**

**3:45 p.m.     Court in session.**

Court calls case.  Appearances of counsel.

Also present, on behalf of Intervenor Plaintiffs, Hunter Swain.

Discussion and argument regarding timely production of injury records and insurance charts, additional discovery required due to the production of the injury records and insurance charts, costs related to the additional discovery, ongoing duty to supplement, and relevant time period with respect to injury records pre October 31, 2014.

**ORDERED: Plaintiff EEOC's Motion to Exclude Defendant's Fifth, Sixth, Seventh, and Eighth Supplemental Responses to EEOC's Request for Production of Documents No. 12 and Fourth, Fifth, and Sixth Supplemental Response to Interrogatory No. 13 [96] is GRANTED IN PART AND DENIED IN PART, as discussed.**

**ORDERED:** **Telephonic Final Pretrial Conference is VACATED and RESET to May 12, 2015 at 9:15 a.m**. **The parties shall initiate a conference call and contact chambers at 303-335-2780 at the time of the Final Pretrial Conference. A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than May 5, 2015.**

**5:09 p.m.** **Court in recess.**

Hearing concluded.
Total in-court time    01:24

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.