IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 13–cv–02340–CMA–KMT

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

v.

JETSTREAM GROUND SERVICES, INC.,

    Defendant.

## MINUTE ORDER
### ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

The EEOC's "Motion to Exchange Exhibits and Notice of Errata" (Doc. No. 133, filed Feb. 26, 2015) is GRANTED. The court will consider the versions of Exhibits 1 and 2 attached to the EEOC's Motion to Exchange Exhibits and Notice of Errata in lieu of the versions attached to Plaintiff's Reply in Favor of Motion for Partial Summary Judgment. It is further ORDERED that the versions of Exhibits 1 and 2 attached to Plaintiff's Reply (Doc. Nos. 132-1 & 132-2), which include unredacted social security numbers and other private information, shall be held under Level 1 restriction unless or until further order of the court. Fed. R. Civ. P. 5.2(a).

Dated: Mar. 3, 2015