# EXHIBIT 1

**AMENDED REPORT**

**of the**

**SAFIA ABDULLE ALI,**
**SAHRA BASHI ABDIRAHMAN,**
**HANA BOKKU,**
**SADIYO HASSAN JAMA, AND**
**AMINO WARSAME**
**DISCRIMINATION MATTER**

**By:**

**Matthew D. Lykins AP, IA, DME**

**July 29, 2014**

# Robson Forensic
**Engineers, Architects, Scientists & Fire Investigators**

**SAFIA ABDULLE ALI, SAHRA BASHI ABDIRAHMAN, HANA BOKKU, SADIYO HASSAN JAMA, AND AMINO WARSAME DISCRIMINATION MATTER**

<u>AMENDED REPORT</u>                                              <u>July 29, 2014</u>

## 1.0     INTRODUCTION

On August 30, 2013 the Equal Employment Opportunity Commission (EEOC) filed a complaint alleging that JetStream Ground Services, Inc. (JetStream) discriminated against female Muslim applicants and failed to accommodate their religious practices and beliefs including wearing a religious hijab or headscarf and long skirt.[1]  The applicants were seeking employment with JetStream as aircraft cabin cleaners at the Denver International Airport (DEN) during October 2008.  JetStream's uniform policy requires ramp and utility employees, including aircraft cabin cleaners, to wear pants and allows them to wear securely fastened headscarves or head dresses while at work, so long as the headscarves or head dresses do not hang below the shoulders.[2]

Robson Forensic, Inc. was retained to investigate this matter.  The purpose of my investigation is to determine if wearing loose clothing including long, loose head coverings and loose, full length skirts by JetStream aircraft cabin cleaners while performing their duties creates an unsafe condition.

Robson Forensic, Inc. invoices the work associated with this investigation at a rate of $355.00 per hour.  Total billing charges to date are estimated at $10,000.  I have authored two publications in the last 10 years, which are listed on my CV.  I have included my CV outlining my qualifications and a listing of my testimony history with this report.  In particular, throughout my aviation maintenance career I have worked extensively at many airports on active ramps, aircraft parking areas, and maintenance facilities.  I have developed and taught training courses which covered technical, operational, and safety policies and procedures for airport ramp personnel.  I have developed health and safety programs for aviation service providers including air carriers, repair stations, and airports.  As an instructor for a Federal Aviation Administration (FAA) approved aircraft maintenance training school I teach aircraft technician students subject areas including ramp procedures and safety and maintenance shop and power tool safety.  As a FAA Designated Mechanic Examiner

---

[1] Complaint and Jury Trial Demand dated 08/30/2013
[2] JetStream Ground Services, Inc. Uniform Policy for Cargo – Ramp – Utility Employees:  JS000094-000098, JS000101-000104.

(DME) I continue to represent the FAA by administering technical oral and practical examinations to persons seeking FAA Airframe and Power-plant Mechanic certifications.  I also am authorized to issue these certifications.

I may use the following materials as exhibits to illustrate testimony:  All items referenced in section 2.0 Available Information below and all references and footnoted items in this report.


## 2.0    AVAILABLE INFORMATION

| | | |
|---|---|---|
| 2.1 | 08/30/2013 | Complaint and Jury Trial Demand |
| 2.2 | 11/01/2013 | Complaint in Intervention and Jury Trial Demand |
| 2.3 | 11/12/2013 | Answer to Plaintiff EEOC's Complaint and Jury Trial Demand |
| 2.4 | 11/22/2013 | Answer to Plaintiff/Intervenors' Complaint in Intervention and Jury Trial Demand |
| 2.5 | 11/27/2013 | Civil Scheduling Order |
| 2.6 | 02/06/2014 | Plaintiffs/Intervenors' Response to Defendant's First Set of Interrogatories and Requests for Production to Plaintiff/Intervenors |
| 2.7 | 01/28/2014 | Defendant's Objections and Responses to Plaintiff EEOC's First Interrogatories |
| 2.8 | 01/28/2014 | Defendant's Objections and Responses to Plaintiff EEOC's First Request for Production of Documents |
| 2.9 | 02/06/2014 | EEOC's Objections and Responses to Defendant's First Set of Interrogatories and Requests for Production of Documents to Plaintiff |
| 2.10 | | JetStream Ground Services Job Description Aircraft Cleaner (PI 00341-00342) |
| 2.11 | 01/08/2010 | JetStream Ground Services, Inc. Employee Manual (JS 000062-000079) |
| 2.12 | 02/21/2011 | JetStream Ground Services, Inc. Uniform and Appearance Policy (JS 000081-000105) |
| 2.13 | | JetStream Ground Services, Inc. Employment Manual (JS006709-006772) |
| 2.14 | | JetStream Safety Zone, Safety Alert and Ramp Safety Sheets (JS006899-006979) |
| 2.15 | 02/2013 | JetStream Uniform Policy Employee Acknowledgement form (JS 006980) |
| 2.16 | | Aircraft Appearance New Hire Training Initial Training (JS006981-007129) |

| 2.17 | 10/20/2013 | JetStream Ground Services, Inc. Safety and Health Program (JS007130-007201) |
| 2.18 | 08/24/2010 | United Ramp Operations Manual Aircraft Handling B757-200 (JS000001) |
| 2.19 | | Photos (JS000002-000004) |
| 2.20 | 06/2009 | JetStream Uniform Policy Employee Acknowledgement form (JS 007655) |
| 2.21 | | JetStream Uniform Policy (JS007881-007897) |
| 2.22 | | JetStream Injury and Illness Incident Report (OSHA'S Form 301) (JS007439-007553) |
| 2.23 | 06/14/2010 | JetStream Employee Safety Handbook (JS007898-007906) |
| 2.24 | 01/03/2012 | JetStream Safety Manual (JS007907-007921) |
| 2.25 | 04/2003 | United Aircraft Appearance Training Ramp Safety Participant Guide (JS007922-007969) |
| 2.26 | 04/2003 | United Aircraft Appearance Training Aircraft Appearance Safety Participant Guide (JS007970-007989) |
| 2.27 | 03/2008 | Preventing Engine Ingestion Injuries When Working Near Airplanes (JS007990-007998) |
| 2.28 | | JetStream Job Safety Analysis (JS008017-008018) |
| 2.29 | 1992 | OSHA 3067 Concepts and Techniques of Machine Safeguarding |
| 2.30 | 1992 | National Safety Council Accident Prevention Manual for Business & Industry Engineering & Technology 10th Edition |
| 2.31 | | JetStream Job Injury Reports spreadsheet (JS027224-027230) |
| 2.32 | | JetStream On-the-Job Injury Reports (JS008093-013544) |
| 2.33 | | JetStream Manager Survey |
| 2.34 | | Flight Safety Foundation Ramp Operational Safety Procedures template for Ramp Supervisors |
| 2.35 | 06/16/2014 | Deposition Transcript (partial) of Safia Abdulle Ali |
| 2.36 | 06/09/2014 | Deposition Transcript (partial) of Hana L. Bokku |
| 2.37 | 06/20/2014 | Deposition Transcript (partial) of Amino Warsame |
| 2.38 | 05/01/2014 | My Inspection Photos and Video |

## 3.0    BACKGROUND

In the commercial aviation industry many of the ground services required to operate both passenger and cargo flights are contracted by the air carriers to companies whose focus is specific to provide those services.  A few of these contracted services include:

Ramp Services
     Lavatory and water servicing
     Aircraft marshalling
     Aircraft towing and parking
     Ramp and deck communications
     Aircraft loading and unloading
     Baggage handling
     Aircraft de-icing

Aircraft Cabin Cleaning Services
     Overnight cleaning
     Aircraft turn cleans
     Lavatory and water servicing
     Customer specific maximum cleans

JetStream is an aircraft services company with corporate headquarters at 1070 East Indiantown Rd, Suite 400, Jupiter, Florida.  JetStream is in the business of providing ground services including aircraft cabin cleaning to commercial aviation at multiple airports throughout the United States.[3]

Air Serv Corporation (Airserv) is an aircraft services company with corporate headquarters in 3399 Peachtree Road NE, Suite 1500, Atlanta, Georgia.  Airserv is a company providing ground services including aircraft cabin cleaning to commercial aviation at multiple airport locations worldwide.[4]

Safia Abdulle Ali, Sahra Bashi Abdirahman, Hana Bokku, Sadiyo Hassan Jama, and Amino Warsame (Charging Parties) were all aircraft cabin cleaner employees of Airserv. The Charging Parties are all females who practice the Muslim faith, which according to the Charging Parties requires Muslim women to wear head coverings and long, loose skirts.[5]  According to the Charging Parties, Airserv provided them a religious dress code accommodation which allowed them to work wearing head coverings and loose, full-length skirts and according to the Charging Parties, they worked without incident or injury.[6]

---

[3] http://www.jetstreamgs.com
[4] http://www.airservcorp.com
[5] Items 21 – 25 of Complaint and Jury Trial Demand dated 08/30/2013
[6] Items 27 and 28 of Complaint and Jury Trial Demand dated 08/30/2013

According to the EEOC, JetStream assumed the contract to provide ground services including aircraft cabin cleaning services to the United[7] fleet at DEN replacing the previous ground services contractor, Airserv.  According to the EEOC, the new contract became effective in October 2008.[8]

## 4.0    DESCRIPTION OF THE INCIDENT

During October 2008 JetStream conducted interviews to fill positions at DEN for aircraft cabin cleaners in preparation for their ground services contract with United.  As part of their interview process, JetStream extended interview opportunities to the current DEN aircraft cabin cleaners employed by Airserv.

The EEOC alleges that each of the Charging Parties interviewed with JetStream during October 2008 for aircraft cabin cleaning positions.  According to the EEOC, each of the Charging Parties claim that during their interviews, they wore head coverings, and two of the five wore full-length skirts.[9]  According to the Charging Parties, discussion of their head coverings and full-length skirts took place during their interviews with JetStream vice president David Norris (Norris).  They claim Norris explained to them that they "could not dress that way…and work for JetStream",[10] that Norris did not offer them a religious accommodation,[11] and as a result, they were not hired or were terminated by JetStream.[12]

## 5.0    INSPECTION

On May 1, 2014 I conducted an inspection of the JetStream cabin cleaner operations and facilities at DEN, including various areas of the United Airlines maintenance facility at DEN.

JetStream's aircraft cabin cleaning operation consists of three shifts.  During each shift, the employees are teamed together as crews of between four and six members. JetStream provides passenger vans for the cleaning crews to move around the airport

---

[7] United Airlines, Inc. (United) is a commercial air carrier with corporate headquarters at 233 S. Wacker Drive, Chicago, Illinois with DEN as one of their domestic hubs (www.united.com)
[8] Items 19 and 20 of Complaint and Jury Trial Demand dated 08/30/2013
[9] Items 33 and 34 of Complaint and Jury Trial Demand dated 08/30/2013
[10] Items 41, 60, 72 and 89 of Complaint and Jury Trial Demand dated 08/30/2013
[11] Items 54, 61, 75 and 90 of Complaint and Jury Trial Demand dated 08/30/2013
[12] Items 55, 64, 78 and 93 of Complaint and Jury Trial Demand dated 08/30/2013

active ramp areas and between gates.  Employees carry cleaning supplies in a soft bag from the van to the aircraft cabin and back to the van.  In addition to the supply bag, they carry other cleaning equipment on board the aircraft such as vacuum cleaners, stools, electrical extension cords, buckets, lavatory restocking items, etc.

JetStream cabin cleaners regularly use the stairway attached to the passenger boarding bridge to enter and exit the aircraft they are cleaning.  In addition, they use hi-lift cabin service trucks on certain larger aircraft such as the Boeing 787 to move supplies and cleaning equipment on and off the aircraft.  I observed JetStream cabin cleaners walking freely around the ramp area and in close proximity to the typical ground support equipment including aircraft belt loaders, ground power cables and duct, aircraft fueling equipment and other service vehicles and aircraft jet engines during the normal course of performing their duties.

Third shift workers perform overnight cabin cleaning of aircraft that are on the ground during the overnight hours at DEN.  These cabin cleaning operations are often performed while the aircraft is hangared in United's maintenance facility at DEN and while the aircraft is undergoing maintenance by United technicians.  In these maintenance bays I observed the typical aircraft maintenance facility tools and equipment including power tools, jacks, work stands, etc. located near and around the hangared aircraft.


**6.0   ANALYSIS AND DISCUSSION**

6.1   Hazards of the airport ramp environment

There are many known hazards inherent with airport ramp areas including those that support commercial passenger aircraft.  For example, trip hazards abound and may include, but are not limited to, hazards cause by ground power cables, air ducts, aircraft fueling equipment, lavatory servicing equipment, aircraft towing equipment etc.  Other specific hazards are described below.

Belt loader conveyors

Belt loader conveyors are used extensively on airport ramps to move baggage and light cargo on and off the aircraft.  Conveyors contain known hazards including inrunning nip points.  This hazard has been well-known throughout the industry for decades.  The National Safety Council identifies and defines this hazard:

Page 6

> *Inrunning nip points are a special danger existing only through action of rotating objects.  Whenever machine parts rotate toward each other, or where one rotates toward a stationary object, an inrunning nip point is formed.  Objects or parts of the body may be drawn into this nip point and be bruised or crushed.*
>
> *Typical examples of nip point hazards include…a belt conveyor terminal.*[13]

The U.S. Department of Labor Occupational Safety and Health Administration (OSHA) also recognizes the specific hazards of conveyor nip points and identifies typical injuries from employee's clothing getting caught in the conveyor:

### *What Are the Hazards Associated with Conveyors?*

> *Conveyor-related injuries typically involve a worker's hands or fingers becoming caught in nip points or shear points on conveyors and may occur in these situations:*
>
> - *Cleaning and maintaining a conveyor especially when it is still operating.*
> - *Reaching into an in-going nip point to remove debris or to free jammed material.*
> - *Allowing a cleaning cloth or an employee's clothing to get caught in the conveyor and pull the worker's fingers or hands into the conveyor.*[14]

Employees who are working with or even near conveyors create a safety hazard by wearing loose clothing, including loose-fitting head coverings or loose-fitting long dresses / skirts.  Employers who permit employees to wear loose fitting clothing near conveyors will be cited for non-compliance with OSHA:

### *What Work Practices and Administrative Controls Do I Need to Use?*

> - *Prohibit employees working with or near conveyors from wearing loose clothing or jewelry, and require them to secure long hair with nets or caps.*[15]

---

[13] National Safety Council Accident Prevention Manual for Business & Industry Engineering & Technology 10th edition p. 391.

[14] OSHA 3170 Safeguarding Equipment and Protecting Workers from Amputations 2001.

Page 7

JetStream employees working in the ramp area have been drawn in and injured on belt loaders when their clothing was caught in the machine's conveyor.  One such example happened on January 28, 2013 when a JetStream ramp employee at Columbus, Ohio airport was drawn into a belt loader:

> *Per OJI report dated 1/27/13 EE was leaning on belt loader when it started up, his clothing was caught in it pulling his wrist/arm in between the belt and bumper.[16]*

Jet Engine Inlets

Jet engine inlets have long been known throughout the aviation industry to be ingestion hazards to airport ramp workers where objects, tools and even people have been drawn into the inlet of aircraft jet engines by suction forces during operation causing damage and injury, including death.  Aircraft and engine manufacturers identify the location of inlet ingestion hazard areas by placards on the aircraft to warn ramp employees including aircraft cabin cleaners to stay clear of these areas.

---

[15] OSHA 3170 Safeguarding Equipment and Protecting Workers from Amputations 2001.

[16] CMH Claim Updates Feb 2013 Christopher Drummond



Well-known safety guidelines for ramp personnel including aircraft cabin cleaners working near aircraft jet engines is to secure any loose items on their person or remove them. Wearing loose clothing including loose-fitting head coverings and loose-fitting long dresses / skirts is a safety hazard and is prohibited by industry safety guidelines.

Flight Safety Foundation is an international non-profit organization whose sole purpose is to provide impartial, independent, expert safety guidance and resources for the aviation and aerospace industry.[17] In their Ground Accident Prevention Program (GAP) section 2.3 of their Ramp Operational Safety Procedures, A Template for Ramp Supervisors clearly establishes that appropriate clothing for ramp personnel should fit snugly to prevent injury:

---

[17] http://flightsafety.org/about-the-foundation

### *2.3 Protective Clothing and Equipment*

*As appropriate, ramp personnel should wear safety footwear, gloves, knee pads, high-visibility clothing, toilet-servicing and wet and winter weather gear, sun hats, sunglasses, earmuffs and sunscreen. High-visibility clothing should be mandatory on the ramp.* **Clothing should fit snugly to prevent becoming snagged.** *(Emphasis added)*

Boeing Aircraft Company (Boeing) emphasizes these guidelines for employees working near airplanes in their 2008 publication *Preventing Engine Ingestion Injuries When Working Near Airplanes* where they specifically state, "Do not wear loose clothing":

Page 10



Ramp workers including JetStream employees have been injured while inside these known and placarded hazard zones around aircraft jet engines.  One such example took place on August 11, 2009 at the Charlotte, North Carolina airport where a JetStream ramp employee was injured by jet blast within the known hazard zone around a jet engine.[18]

## 6.2    Hazards of aircraft maintenance shops and power tools and equipment

Aircraft maintenance shops and hangar areas are used to perform a wide range of maintenance operations on aircraft from operational checks of aircraft systems

---

[18] JetStream Ground Services, Inc. On-the-Job Injury form Maria Rodriguez 08/11/2009.

to major aircraft disassembly and overhaul.  These operations often require the use of tools and equipment including power tools and machine tools and equipment, which are positioned in the maintenance areas of the hangar often within close proximity to the aircraft.

Power and machine tools have moving parts which create well known hazards to employees working on or near this equipment.  One of these hazards is employees' clothing being caught and drawn into power tools and machine tools causing injury or death.  The National Safety Council as well as OSHA speaks to this specific hazard:

The National Safety Council:

### LIST OF TYPICAL INCIDENTS

*An incident is any observable human activity sufficiently complete in itself to permit reference and predictions to be made about the persons performing the act.*

10.   *Wearing gloves, ties, rings, long sleeves, or loose clothing around machine tools[19]*

*OSHA:*

#### What Are the Dangers of Power Tools?
*To prevent hazards associated with the use of power tools, workers should observe the following general precautions:*

▪ *Wear proper apparel for the task. Loose clothing, ties, or jewelry can become caught in moving parts.[20]*

Wearing loose clothing including long skirts and long headscarves by ramp employees including aircraft cabin cleaners while working on airport ramps and maintenance facilities is a known safety hazard.

### 6.3    JetStream's Safety and Health Program

---

[19] National Safety Council Accident Prevention Manual for Business & Industry, Administration & Programs 1992 10th Edition, Chapter 3: Hazard Control Program, Figure 3-3, item 10, p. 69.
[20] OSHA 3080 Hand and Power Tools 2002

The state of Colorado leaves the enforcement of employee safety matters to federal OSHA. Colorado employers including JetStream are required to comply with government regulations including safety regulations promulgated by OSHA. As part of this compliance, JetStream incorporates and maintains their own Safety and Health Program which includes an Employee Safety Handbook describing company safety policy and procedures designed to provide a safe environment for employees:

### *Our Safety Policy*

*At JetStream Ground Services, our most valued resources are our employees, our customers, and the communities we serve. We are dedicated to providing a safe and healthful environment for employees, customers, protecting the public, and preserving JetstreamGS properties and assets. Injuries can be prevented with proper education and application of policy and procedure. In order to achieve an accident free workplace, JetstreamGS will make all reasonable efforts to comply with government regulations pertaining to safety and health issues. An effective Safety and Health Program will be implemented throughout our organization to make this policy work.[21]*

### 6.4    JetStream's Hazard Prevention and Control

Before hazards can be controlled, they must be identified. This identification of hazards can be accomplished through a systematic hazard analysis program that includes job safety analysis, inspection, measurement and testing, and incident investigation.[22] JetStream's hazard analysis program includes a system for reminding all employees of identified hazards through "Safety Zone" documents which are distributed and posted throughout the company as well as incorporated into company safety training. Through this program loose and baggy clothing worn by ramp personnel including cabin cleaners continues to be identified as a hazard by JetStream:

---

[21] JetStream Employee Safety Handbook, JS 007901.

[22] Accident Prevention Manual – Administration and Programs 12th Edition, National Safety Council, 2001, p. 166

 

14JAN14

## SAFETY ZONE

## Hooded Sweatshirts-Revised
## No Baggy Clothing



You must be proud to have lost that much weight.

Baggy Clothing should not be worn on the job.  This includes:
•Excessively baggy pants, shirts
•Untied shoelaces
•Big earrings

Hooded Sweatshirts are allowed, provided the drawstrings do not extend more than ¾ of the way down the torso
Those with long hair should use caution around GSE

JetStream Safety, Training & Compliance

Safety@JetStreamGS.com

It is standard practice throughout the industry to ensure ramp employees including aircraft cabin cleaners wear proper clothing that is not loose.  In fact, a number of JetStream managers at various airport locations around the country were asked whether they have witnessed any ramp workers or cabin cleaners at those airports wearing long skirts, and all reported back with a "no."[23]

6.5     JetStream's uniform and appearance policy

Employee safety is at the core of Jetstream's uniform and appearance policy and is consistent with OSHA regulations and National Safety Council guidelines regarding loose clothing and jewelry as well as JetStream's own Safety and Health Program requirements to provide a safe work-place free from recognized hazards:

> *JetStream Corporate Policy is to maintain the best uniform and appearance standards for employees that represent our company and our clients.  Being readily identifiable, each employee is responsible for presenting an image to the public of consistency, performance, and attitude that will* **enforce our corporate image of quality and safety**.  *The uniform and appearance regulations are designed to achieve that purpose.  (Emphasis added)[24]*

> ***Uniform Regulations – Male and Female***

> ***Pants –*** *Must be solid navy blue or black.  Hem should be one (1) inch from the floor at the heel and touch the top of the shoe and must be worn with a uniform belt in navy or black.[25]*

> ***Hair Accessories***

> *Scarves worn as a head dress are permitted provided they are in solid navy blue, green, black or JGS approved only. In compliance with safety requirements, the scarf/head dress must be short as not to obscure the face (36" x 36"*

---

[23] JetStream Manager Survey
[24] JetStream Ground Services, Inc Uniform and Appearance Policy, JS 000084.
[25] JetStream Ground Services, Inc Uniform and Appearance Policy, JS 000095, JS 000101.

*maximum dimensions) and must be attached securely to the employee's head.  **The scarf/head dress must not hang below the shoulders or loose fitting to prevent injury**. (Emphasis added)*

*Jewelry and Accessories – Male and Female*
*The overall image while wearing the uniform should project a professional image.  **For professional appearance and safety reasons**, jewelry must be simple, not excessive, large, or dangling.  (Emphasis added)[26]*

By virtue of their own testimony Safia Abdulle Ali, Amino Warsame and Hana L. Bokku of the Charging Parties agree that wearing loose clothing including long dresses and long headscarves while working as a cabin cleaner compromises safety:

| [Ali 34:16-34:25] | Q. | So from your point of view, you mean this is too long to wear while working at Air Serv?  Is that what you mean? |
| | A. | Yes, a little bit. |
| | Q. | Why would it be too long to wear while working at Air Serv? |
| | A. | It's okay to wear this in public, you can wear it, but when we were working, we didn't want to trip with the long dress, so that's why we wouldn't wear the long one. |
| | | |
| [Warsame 25:15-25:24] | Q. | The skirts that are shown in Exhibit 23, do you think those were too long to wear while working at Air Serv? |
| | A. | It seems to me like that. |
| | Q. | Okay.  Why would they be too long to wear at Air Serv? |
| | A. | The job requires to go the stairs up and down and you might get tripped if it's too long, so it's not good for safety. |
| | | |
| [Bokku 53:8-53:18] | Q. | The head scarf that you wore at work, did you |

---

[26] JetStream Ground Services, Inc Uniform and Appearance Policy, JS 000098, JS 000104.

tuck it into your Air Serv shirt?

A.     Yeah, since it's a safety issue, I have to tuck it in my shirt in the work, yes.

Q.     Did somebody tell you that it was a safety issue?

A.     Nobody told me that it's a safety issue, but since when I'm cleaning I have to bow down and get under the seats and clean, I didn't want that hanging out and then catching on the seats.  That is how I just was doing it for my own practice, nobody told me that.

JetStream's uniform policy prohibiting its aircraft cabin cleaners from wearing loose clothing including long skirts and long, loose headscarves while working on airport ramps and maintenance facilities is consistent with federal safety regulations and accepted industry guidelines.

Accommodating ramp employees including aircraft cabin cleaners by allowing them to wear loose clothing while working on airport ramps and maintenance facilities violates industry safety standards and federal safety regulations and denies those employees the protection afforded by those regulations.

**7.0    FINDINGS**

Within the bounds of reasonable professional certainty, and subject to change if additional information becomes available, it is my opinion that:

7.1    Wearing loose clothing including long skirts and long headscarves by ramp employees including aircraft cabin cleaners while working on airport ramps and maintenance facilities is a known safety hazard.

7.2    JetStream's uniform policy prohibiting its aircraft cabin cleaners from wearing loose clothing including long skirts and long headscarves while working on airport ramps and maintenance facilities is consistent with federal safety regulations and accepted industry guidelines.

7.3    Accommodating ramp employees including aircraft cabin cleaners by allowing them to wear loose clothing while working on airport ramps and maintenance facilities violates industry safety standards and federal safety regulations and denies those employees the protection afforded by those regulations.

Respectfully submitted,

Matthew D. Lykins AP, IA, DME