# EXHIBIT 3

1

1          IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF COLORADO
2

3    Civil Action No.              )
     13-cv-02340-CMA-KMT           )
4                                  )
     EQUAL EMPLOYMENT OPPORTUNITY  )
5    COMMISSION,                   )
                                   )
6       Plaintiff,                 )
                                   )  D E P O S I T I O N
7    And                          )
                                   )              OF
8    SAFIA ABDULLE ALI, et al.,    )
                                   )  MATTHEW D. LYKINS,
9       Plaintiffs-Intervenors,    )      AP, IA, DME
                                   )
10              -vs-               )
                                   )
11   JETSTREAM GROUND SERVICE,     )
     INC.,                         )
12                                 )
        Defendant.                 )
13

14

15
              Taken at 1015 Mount Avenue
16                 Missoula, Montana
           Friday, October 24, 2014 - 9:12 A.M.
17

18

19

20

21

22
     Reported by Terra Rohlfs, RPR, Jeffries Court
23   Reporting, Inc., 1015 Mount Avenue, Suite C,
     Missoula, Montana 59801, (406)721-1143, Freelance
24   Court Reporter and Notary Public for the State of
     Montana, residing in Hamilton, Montana,
25   jcrcourt@montana.com

8

1    you've taught.

2        A.  I don't have a list of every course that

3    I've taught, but generally speaking I've taught the

4    FAA curriculum with regard to the airframe and

5    powerplant certification process.

6        Q.  And what does that entail?

7        A.  That entails both classroom lecture as

8    well as shop and lab instruction.  And that entails

9    the training that someone would go through as

10   they're pursuing a certification in airframe and

11   powerplant, it essentially talks and discusses and

12   teaches to aircraft maintenance.

13       Q.  And how long have you been teaching

14   aircraft maintenance?

15       A.  I've had several positions in which I've

16   taught formally in classroom.  At American Trans

17   Air Training Academy, and I'm referring to page 6

18   of my CV at this point, I taught for a year at ATA

19   Training Academy from 1998 to 1999, and again from

20   1999 to 2000.  I also taught back at the academy

21   starting in 2009 up until -- well, it says the

22   present, actually since I've relocated I no longer

23   teach there in Indianapolis, so that would have

24   been this summer, which is the summer of 2014.

25       Q.  Yeah, just to make the record clear, you

10

1    took a lunch break or something like that --

2         A.   No, I would have to have the school's

3    permission to access that and they would need to

4    send that to me, that's controlled information.

5         Q.   Okay, that's what I was asking.

6              On page 2 of Exhibit 315, your CV, it

7    says Safety Procedures and Requirements, and you

8    say that you have had experience developing safety

9    plans.  Could you tell me a little bit more about

10   that, where, when, for what companies, et cetera,

11   what procedures?

12        A.   Sure.  Since approximately 2009 I've

13   worked as an independent consultant consulting and

14   assisting various entities, aviation entities,

15   whether they be municipal airports, corporate

16   flight departments, FAA certified repair stations,

17   and what we call fixed-base operators, those are

18   essentially service providers based at an airport

19   to provide aviation specific services.  In

20   assisting them in their safety policies,

21   procedures, and specifically their training and

22   manual preparation to meet either their own

23   internal needs and/or to meet regulatory needs,

24   whether it be the airport's regulations or federal

25   regulations with the FAA.

13

```
 1    I assisted them in some of their manual revisions

 2    with regard to policy, procedure and safety at

 3    the -- at both the Lexington airport as well as the

 4    Boyle County airport.

 5         Q.   Okay.  And what specific polices are you

 6    referring to?

 7         A.   I would have to go back and look.  I

 8    mean, we had several projects going on, I think I

 9    was there two or three years.  Some of them had to

10    do with the ramp operations for their charter

11    company and -- but primarily I assisted with their

12    maintenance procedures, not only the procedures

13    that happened in the hangars, but also those that

14    happened on the ramp itself.

15         Q.   And just to break that down a little bit,

16    what procedures are you talking about?

17         A.   There were some security issues that we

18    had to make sure we were in compliance with with

19    regard to the Lexington airport.  And company

20    policy as employees maybe were based at the Boyle

21    County airport had to travel up to Lexington to do

22    ramp maintenance or ramp activities at that

23    airport, we had to bridge that gap between the

24    securities required at the Boyle County airport,

25    which were different than the security procedures
```

14

1    required at the Lexington airport.  And so we had

2    to draft that into our company policy to ensure

3    that when we had employees on the ramp at

4    Lexington, that they met those requirements.

5         Q.  And so by security do you mean like

6    identification or --

7         A.  That was part of --

8         Q.  -- or badging or --

9         A.  That was part of it, sure.  And there

10   were also background checks that were required at

11   the time, access to and from at different hours of

12   the day and night, yeah.

13        Q.  Anything that you remember working on in

14   terms of procedures at Lexington?  And you said

15   that was also Boyle, it was for the same FBO.

16        A.  It was the same company, Boyle County is

17   a smaller airport south of Lexington, it's near

18   Danville, Kentucky, and that was where the company

19   based their maintenance operations at the time, and

20   their flight department was based out of Lexington.

21            So to answer your question, I can't

22   recall specifics beyond that, other than the fact

23   that those projects, many of them were ongoing

24   based off what current needs were identified at the

25   time.

16

1    Vernon and I think you said Greensburg --

2         A.   Greensburg, yes.

3         Q.   And then Hendricks County; right?

4         A.   Yes.

5         Q.   Did you work on implementing or

6    developing any safety procedures at any of those?

7         A.   Yes, I did.

8         Q.   All right.  Tell me which and when, and

9    what you worked on.

10        A.   You want all of them?  I will give you

11   all that I remember.

12        Q.   Yes.

13        A.   Okay.  In Seymour, Indiana, the airport

14   was developing an emergency plan, that emergency

15   plan was not in place at all, they really had

16   nothing in writing with regard to the airside

17   emergency plan.  And I was on a committee to assist

18   the airport authority in generating that plan and

19   implementing that plan by way of training, and

20   evaluating the effectiveness of the plan as they

21   rolled it out, and continually monitoring that and

22   staying current with making sure the plan was

23   effective and is encompassing the type of

24   operations that they would have and maybe had in

25   the future at the airport.

17

1          Q.  And there's an OSHA regulation, correct,

2     that requires emergency plans?

3          A.  We focused primarily on the FAA

4     requirements for airports.  I'm assuming there's --

5     probably OSHA speaks to some of these with regard

6     to the workplace itself.  We were primary focused

7     on situations where there might be an airside

8     emergency, whether it would be a distressed

9     aircraft, an actual aircraft that maybe would run

10    off the runway, aircraft fires, evacuation

11    procedures, and things like that.  And a lot of

12    that's covered in the FAA advisory circulars as

13    well as FAA regulation.  And the FAA stuff was what

14    I was tasked to do on that committee.

15         Q.  And just a quick clarification, my

16    understanding is the FAA regulates the aircraft

17    while it's in movement, correct, and it doesn't

18    when it's at rest?

19         A.  I'm not sure I understand your question.

20    It regulates the aircraft itself, is that what

21    you're asking?

22         Q.  Well, it regulates activity while it's in

23    flight.

24              MR. MORRISON:  Object to form.

25         A.  I'll answer it the best I think I

18

```
1    understand -- if I understand, you're asking if the
2    FAA has oversight and regulatory control over an
3    aircraft only while it's in flight?  And to answer
4    that, first of all, no, they do have quite a bit of
5    regulatory oversight on aircraft that are not
6    actually in flight --
7         Q.  (BY MS. HALPERN)  Right.
8         A.  -- for example, aircraft maintenance is a
9    highly regulated aspect of the aviation industry.
10   And most of the operations and activities involved
11   with aircraft maintenance are performed while the
12   aircraft is not moving.  There are some that are
13   done during aircraft movement and even during
14   flights.  So there's an example that the FAA would
15   have, not only oversight, but has plenty of written
16   regulation with regard to aircraft that are not
17   flying.
18        Q.  Okay.  And I'm going to ask you a little
19   bit about what you know about the -- you know, the
20   federal aviation laws, et cetera, in a second,
21   but -- just for background.
22            But we were talking about Seymour, you
23   said you worked on an emergency plan and that's the
24   safety -- the safety plan that you helped implement
25   and develop at Seymour; is that correct?
```

19

1       A.   Yes.

2       Q.   Do you know when that was?

3       A.   I don't know an actual date, there

4   were -- it was over several months, and it could

5   have been up to a year that we did that.

6       Q.   I thought I was being helpful in giving

7   you the CV for you to refer to it.

8       A.   Yeah, it would have been sometime prior

9   to 2008, I'm thinking.  And I'm -- it's really more

10  of a guess here, because I don't know the dates,

11  but it would have been sometime between 2005 and

12  2008.

13      Q.   Okay.  Any other safety work you did with

14  Seymour?

15      A.   With the municipality, that was the

16  majority of it.  I attended many of their board

17  meetings and I had other meetings with the airport

18  manager and we would discuss, including this

19  project, other safety-related issues that came

20  across his desk, and he would have me weigh in, but

21  formally I was not engaged in those particular

22  projects, he was just using me kind of as an

23  informal consultant, if you will.

24          And I would note that one of the reasons

25  I was involved in that, as I was one of their,

24

1          For example, during those tests and

2     inspections they run the altimeter systems up to

3     whatever the certified altitude of that aircraft

4     is, it could be 20,000 feet, it could be 40,000

5     feet.  And during that process, it's a very

6     sensitive procedure, if someone would happen to

7     open the static system on the aircraft, for

8     example, the entire avionics system that was

9     attached to that static system would most likely be

10    damaged because you have a sudden drop from a very

11    high altitude, which is low pressure, to ambient

12    pressure, and the systems and instruments aren't

13    designed to handle that type of a shock.  So we

14    would -- we had procedures in place that would

15    ensure that that wouldn't happen by someone else

16    not affiliated with the procedure at the time.

17         Q.  Seems smart.  Who were these safety

18    procedures geared at?  You just said operations on

19    the ramp, what does that mean?

20         A.  Okay.  I'm assuming we're still talking

21    about the repair station process at Indi Regional.

22         Q.  Indianapolis Regional, correct.

23         A.  The manuals spoke to many different

24    aspects.  If we're still talking about just the

25    lock-out/tag-out procedure, primarily that

25

```
1    particular procedure was for the technicians

2    performing the work and for any personnel that

3    might be around that work, whether they were

4    directly or indirectly or not related at all to the

5    work, there's just a lot of activity on a typical

6    airport ramp.  And we had to consider all possible

7    scenarios, even someone who might be walking

8    through that area, completely unrelated to that

9    task or even that airplane, but curiosity, well,

10   what's going to here, which could negatively affect

11   our process.

12        Q.  So the safety procedures that you were

13   working on at Indianapolis Regional were meant to

14   minimize the safety risks to the technicians, but

15   also personnel around the plane or even passing by

16   indirectly?

17        A.  And I would also add to that damage to

18   the aircraft or ground equipment as well.

19        Q.  Okay.  Were there any other safety

20   operations you worked on at Indianapolis Regional?

21        A.  There were many involved with even just

22   that particular repair station process.  It was

23   several months and involved not only that airport,

24   but they had the capability to perform certain

25   aspects of their tests and inspections and repairs
```

28

1   was on the ground, parked, and scroll through those

2   menus and extract the information they needed to

3   then go and repair or service the proper component

4   on the airplane.

5          As a part of that training we would

6   actually go out to an aircraft that was on the

7   ground, typically in maintenance or over-nighting,

8   and we would actually go through training scenarios

9   live on the airplane.  We would start up the

10  auxiliary power unit onboard the aircraft, or we

11  would plug in ground power and we would actually

12  fire up the electronics on the airplane and run

13  through various training scenarios in realtime.

14         And the interesting thing about that is

15  there were actually live faults that these

16  technicians could actually determine.  From a

17  safety perspective we had to ensure that before

18  lighting off the APU, before energizing electrical

19  components, things were in a safe condition, there

20  weren't other technicians working on the airplane

21  that would have potentially been injured or harmed

22  or affected in some way.

23         Each airport, for example, Midway had

24  different procedures, primarily security as well as

25  safety, with regard to where the airplane's going

30

```
 1    an aircraft for either rental or flight

 2    instruction.  I've worked with maintenance

 3    facilities on their shop safety procedures.

 4         Q.  Which maintenance facilities?

 5         A.  Greenwood Aviation head of maintenance

 6    facility, they're not in business now, but at the

 7    time they had a maintenance facility which didn't

 8    really have a written safety procedures manual for

 9    their maintenance shop, and I helped them develop

10    that.

11         Q.  And what were the components of that

12    safety plan for Greenwood Aviation?

13         A.  It was strictly for their maintenance

14    shop, a lot of it had to do with --

15         Q.  So the technicians?

16         A.  The technicians and the ramp personnel

17    that would move aircraft in and out of the hangar.

18              One of the issues they were having at the

19    time was what they call hangar rash, where an

20    aircraft might contact a portion of the hangar or

21    an object within the hangar, such as a piece of

22    equipment or even another aircraft.  And this can

23    happen during movement of the aircraft in and out

24    of the hangar, jacking and un-jacking an aircraft

25    within the hangar.  They were just experiencing a
```

31

1    lot of issues and we helped do a hazard analysis to

2    identify these potential hazards and look at the

3    history of the events that happened, and look at

4    the causation of those to determine what could be

5    put in place, from a procedure standpoint and a

6    company policy standpoint, to mitigate these

7    issues.

8         Q.   So this was about damage to the aircraft,

9    the Greenwood Aviation?

10        A.   That was a part of it, yes.

11        Q.   Anything involving employee safety?

12        A.   That was integral with that because there

13   were scenarios in which if you're tugging an

14   aircraft, if there's not wing-walkers and people

15   that are able to help guide the person that's

16   operating the tug operation to ensure that there's

17   not someone in the way, they could be injured or

18   harmed by the movement of the aircraft.

19             In their actual maintenance procedures,

20   when they would jack an aircraft, if the jacks were

21   not positioned properly, if there weren't

22   confirmation of a clear area where the aircraft's

23   going to be raised, people could be injured, a jack

24   could slip off the jack point and come down on

25   someone.

32

```
 1              Once the aircraft is jacked, oftentimes
 2      there's procedures that happened where if the jacks
 3      would, for some reason, come down, the aircraft may
 4      not have the landing gear under it, it could just
 5      be in an unsafe position to have it come back down
 6      on its own weight, and there could be employees,
 7      maintenance technicians, cleaners, in that area,
 8      under the aircraft, inside the aircraft, that could
 9      definitely be affected or injured if there was a
10      problem with the jacking procedures.
11          Q.  So what employee procedures did you put
12      in place at Greenwood Aviation for safety for the
13      employees?
14          A.  Specific procedures, there was an entire
15      awareness portion of the manual -- I mean, this was
16      kind of a start-from-scratch manual, there were so
17      many different aspects of it, but specifically that
18      I can recall, the movement of aircraft in and out
19      of the hangar, it could no longer be done by one
20      individual person, there had to be two people, one
21      on the tug and at least one other person,
22      preferably two as wing-walkers to monitor and
23      follow the aircraft to ensure clearance between
24      other objects and aircraft, that's the --
25          Q.  And training on situational awareness?
```

36

1          Q.  (BY MS. HALPERN)  Okay.  I'll use it in

2     the broader sense.  Who's setting the safety

3     standards for, you know, ramp employees?

4          MR. MORRISON:  Object to form.

5          A.  Well --

6          Q.  (BY MS. HALPERN)  Why don't we back up on

7     this a little bit.

8          First of all, what's your definition of a

9     ramp agent?

10         A.  A ramp agent?

11         Q.  A ramp employee.

12         A.  Okay.  A ramp employee is, in my opinion,

13    a definition of an employee which has access to and

14    is present on the active airside of an airport ramp

15    in order to perform the duties of their job.

16         Q.  Okay.  And what area does the ramp cover?

17         A.  Typically an airport ramp covers the

18    groundside surface from the terminal building or

19    buildings, hangar buildings, depending on the

20    airport, every airport is unique.  But typically

21    you'd have a terminal building or maintenance

22    building that defines the limit of the ramp area

23    all the way out to what we call the active flight

24    side of the airport.  And there's lines that are

25    painted on the concrete out there that define where

43

```
 1              Is your definition in this particular

 2    case different than what you would usually use?

 3         A.  It's consistent.

 4         Q.  Okay.  And do you know of other companies

 5    that also refer to ramp as all of the categories

 6    you listed earlier, including flight crews

 7    technicians, workers for the municipal airport,

 8    aircraft appearance, baggage, lav, GSE technicians

 9    refuelers, vehicles, GSE equipment, unless it's

10    remote all the mechanics, et cetera?

11              MR. MORRISON:  Object to form.

12         A.  Could you either repeat that or rephrase

13    it?  I'm not sure I understand the question.

14         Q.  (BY MS. HALPERN)  Where did you get your

15    definition of ramp employee?  Let me rephrase it

16    that way.

17         A.  My definition is based off the 20-plus

18    years of experience I've had working on airport

19    ramps, and my knowledge of the type of people and

20    the type of jobs and the specific employee

21    descriptions that are required to have access to

22    the ramp and be trained and understand all the

23    safety procedures and guidelines that are unique to

24    airport ramps.

25         Q.  Anywhere else that you got it from?  Did
```

61

 1          A.  What about -- I'm sorry, I didn't get the

 2     question.

 3          Q.  Are you aware of any regulations at DIA

 4     that regulate the safety of cabin cleaners as they

 5     go about their job?

 6          MR. MORRISON:  Object to form.

 7          A.  Well, I know that through United Airlines

 8     there's quite a bit of requirements for cabin

 9     cleaners.  And United Airlines most likely

10     developed their guidance and their policy and

11     procedure in accordance with not only the FAA

12     regulations, but any applicable regulations that

13     DIA would impose and have imposed upon them and

14     other operators at Denver International Airport.

15          Q.  (BY MS. HALPERN)  I'll ask you what you

16     know about United in a second.  But as far as DIA

17     goes, do you have any information about what

18     standards they set for cabin cleaners in general at

19     DIA for their safety?

20          A.  Right.  And again, I guess what I'm

21     trying to explain is that DIA most likely will run

22     their regulatory oversight through the airlines,

23     typically.

24          Q.  DIA --

25          A.  And that's the extent of my understanding

62

1    specific to DIA and their regulatory oversight to

2    JetStream.

3         Q.  Okay.  But you're speculating about that,

4    you don't know that for sure?

5         A.  I've not investigated that specifically

6    in this case.

7         Q.  Okay.  Any other state agencies or

8    municipal agencies you know of that have some role

9    in regulating ramp operations or ramp employees, in

10   your definition of the word?

11        A.  Security is always a concern.  I know

12   that there's security requirements at DIA, as it is

13   an international airport.  Hazmat is also a

14   concern, emergency procedures.  I'm sure there are

15   agencies and oversight groups that monitor these

16   aspects of the airport operations, I have not

17   investigated specifically these and how they would

18   apply to DIA at this point.

19        Q.  How about companies, I know we were

20   talking about that briefly, you were talking about

21   United, do you know any policies or -- well, any

22   safety policies at United that would apply to ramp

23   operations at DIA?

24        A.  Yeah.  United has several safety specific

25   requirements, they provide those in their training.

64

```
 1    with the operations at DIA, or are you?

 2         A.  I reviewed the operations specific for

 3    this particular matter with regard to the training

 4    manuals, the --

 5         Q.  You mean JetStream's training manuals?

 6         A.  JetStream and United's training manuals

 7    as they apply to ramp employees, including cabin

 8    cleaners.

 9         Q.  Do you have any other familiarity with

10    operations at DIA?

11              MR. MORRISON:  Object to form.

12         A.  Well, specific to DIA as it relates to

13    general airport policies and procedures and safety

14    guidance, which includes ramp operations, flight

15    operations, and ground handling, I mean, there's a

16    lot of consistency.  But specifically have I

17    reviewed DIA's policies and procedures, have I

18    reviewed their minimum standards, have I reviewed

19    their security procedures and requirements for

20    their operators?  No.

21         Q.  (BY MS. HALPERN)  How else do ground

22    operations at airports get regulated, that you know

23    of?

24         A.  Well, the operation itself could also

25    have exposure as an employer through an agency such
```

65

1      as OSHA.

2          Q.   You beat me to the punch, I was going to

3      ask you about that.

4              Go ahead, yeah, any other ones?

5          A.   And depending on the locale, there could

6      be local agencies and local requirements that are

7      unique to that particular location.

8          Q.   Okay.  Are you familiar with any unique

9      requirements at DIA, before we go on to talk about

10     OSHA?

11         A.   Unique requirements for the airport?  I'm

12     confused as to what you mean by unique

13     requirements.

14         Q.   You just said depending on the

15     particularity of the locale --

16         A.   Oh, the location, yes.  I did not look

17     into that specifically.

18         Q.   Okay.  So let's talk a little bit about

19     OSHA.  What's your background in OSHA?

20         A.   As a former employer in the aviation

21     business, I became familiar with applicable OSHA

22     standards regarding specifically maintaining a safe

23     work environment, ensuring that we identified

24     hazards and were familiar with known hazards, and

25     had a safety program in place that controlled those

99

1     per se, it is a supplemental document helping

2     clarify and providing guidance for the regulations.

3          Q.   It's not a legal obligation?

4               MR. MORRISON:   Object to form.

5          A.   I'm not going to specify legal

6     applicability, I'm not an attorney.

7          Q.   (BY MS. HALPERN)  I'll refer you to

8     page 4 of Exhibit 323.  You said you had some

9     familiarity with this -- page 4 -- I'm sorry, it's

10    four pages in, but it's actually labeled page 2 of

11    the exhibit, but it's four pages in.

12              You said you have familiarity with OSHA

13    3170; right?

14         A.   Yes.

15         Q.   It's not a standard?

16         A.   Was that a question?

17         Q.   Yes.

18         A.   No, it is not a standard.

19         Q.   It's not a regulation?

20         A.   That's correct.

21         Q.   And it says it creates no new legal

22    obligations; correct?

23         A.   That's what it says, yes.

24         Q.   Are you aware of any actual OSHA

25    regulations that discuss clothing?

100

```
1              A.  Other than the general duty clause, which

2       encompasses a lot, as it's implied, it's general in

3       nature, to that extent, no, I would not know of any

4       other -- off the top of my head, any other actual

5       OSHA regulations that specifically speak to

6       clothing other than PPE.

7              Q.  And we discussed the PPE before; correct?

8              A.  Yes.

9              Q.  And the general duty clause, does that

10      say anything about clothing specifically?

11             A.  I would have to review the clause in

12      general, but my understanding is that it requires

13      the employer to provide a workplace free from

14      recognized hazards and to control those hazards.

15      And to the extent that specifically the hazards are

16      a type of clothing worn by employees, then yes, it

17      would apply.  But if the word "clothing" is in the

18      general duty clause, I would have to review, but I

19      don't think it is.

20             Q.  Okay.  Are you aware of any agency

21      regulations -- we talked about FAA and OSHA, are

22      you aware of any agency regulations that discuss

23      clothing?

24             A.  Other than the application to personal

25      protective equipment, I can't think of any right
```

101

1    now.

2        Q.   Okay.  Mr. Lykins, I'm going to hand you

3    what's been previously marked as Exhibit 142.  Have

4    you seen Exhibit 142 before?

5        A.   Yes, I have.

6        Q.   What is Exhibit 142?  I should certainly

7    hope you saw it before.

8        A.   This is my expert report dated July 29th,

9    2014.

10       Q.   And that's the amended report; correct?

11       A.   This is an amended report, yes.

12       Q.   So that's the operative report in this

13   case at the moment?

14       A.   That is correct.

15       Q.   Okay.

16       A.   I have a rebuttal report as well.

17       Q.   That's true.  So I'm going to ask you a

18   couple quick questions about Exhibit 142.  If you

19   look at page -- it is marked as page 2, but it's

20   technically page 3 of Exhibit 142 because it

21   doesn't include the cover.

22            It says, I may use the following

23   materials as exhibits to illustrate testimony.  All

24   items referenced in section 2.0 available

25   information below and all references and footnoted

112

1          Q.   When did you review it?

2          A.   I reviewed it about two days ago.

3          Q.   Okay.  I'm just trying to figure out the

4      timing.

5               What part of Gail Cadorniga's deposition

6      testimony did you review two days ago?

7          A.   I believe it was the entire deposition

8      transcript, I would have to confirm that.  There

9      was two days' worth of depositions there for her,

10     one was I think on July 9th and the other was July

11     10th, but I'm not sure about that.

12         Q.   Did you interview any JetStream employees

13     at all in forming the report in Exhibit 142?

14         A.   I had some discussions during my

15     inspection at the --

16         Q.   Who took you around for the inspection?

17         A.   -- Denver International Airport, and I

18     believe that was on May 1st of this year.

19         Q.   Sorry, I broke in over you.

20              Who took you to the entry on land from

21     JetStream?

22         A.   Who took me where?

23         Q.   I said, did you have any interviews of

24     JetStream, and you said you believe you did during

25     the entry of land.

115

1    get her position, simply because I didn't consider

2    it a formal interview, it was just conversation as

3    she was escorting us to the various locations

4    during the inspection.

5         Q.  So the only employee during the entry on

6    land that you spoke with was your escort?

7         A.  I'm sure I conversed with other people

8    there, but again, I didn't take notes or write down

9    names.

10        Q.  And it didn't play any part in your

11   analysis in Exhibit 142?

12        A.  No.  To the extent that I was able to

13   describe, again, shifts and, you know, how they did

14   their work.  I remember at one point in the break

15   room they had a screen on the wall that showed, not

16   only the shifts, but the flights that came in and

17   which crews were allocated for which flights.  And

18   I can't remember who described how that all worked

19   to me, but there was someone there at JetStream

20   that walked me through that program and that

21   screen.

22        Q.  Did you talk to any cabin cleaners about

23   their job duties?

24        A.  No.

25        Q.  Did you talk to any --

116

1          A.   Well, to the extent that I don't know

2     whether this escort also was a cabin cleaner, she

3     may have been a cabin cleaner, I don't know.  I did

4     not observe her cleaning a cabin during the

5     inspection, but she may be -- she may have been a

6     cabin cleaner, and if that's the case, then I would

7     have spoken to a cabin cleaner.

8          Q.   Did you ask her about her duties?

9          A.   I don't recall that I did specifically

10    ask about her duties.

11         Q.   Does the name Patricia ring a bell to

12    you?

13         A.   No.

14         Q.   Okay.  That's what the one that escorted

15    us the last few times.

16         A.   Could have been, I'm not saying it

17    wasn't.  I didn't write it down and I couldn't tell

18    you.

19         Q.   Okay.  Did you talk to any other ramp

20    agents about their positions or job duties while

21    you were at the entry on land?

22         A.   No.

23         Q.   Did you talk to any mechanics?

24         A.   I think I might have had a brief hello to

25    a mechanic at the United facility.

117

1    Q.  Did you ask them about their job duties?

2    A.  No.

3    Q.  Did you ask them about how they did their

4  work?

5    A.  No.

6    Q.  Did you ask them about any safety

7  procedures that they have to follow?

8    A.  No.

9    Q.  How about the ramp agents, did you ask

10  them about their job duties?

11    A.  No.

12    Q.  Because you didn't talk to any ramp

13  agents?

14    A.  I don't remember that I did.

15    Q.  Okay.  How long did the entry of land

16  take?

17    A.  I'm going to estimate it was a two-hour

18  visit.

19    Q.  And where did you go at DIA for those two

20  hours?

21    A.  Like I said, we started out in their

22  central area there, and I can't remember the

23  terminology they used, but there was a break room

24  there and other areas where they had supplies for

25  the cabin cleaners.  From there we got in a vehicle

120

1    focused our inspection.

2         Q.   When did you go to the hanger, or the

3    maintenance facility?

4         A.   Yeah, it was during that inspection, that

5    two-hour time frame, I don't know a specific time.

6    It was after we had done some shadowing on

7    concourse B.

8         Q.   Okay.  My understanding is that there are

9    not cabin cleaners boarding and exiting planes

10   usually during the day.  Did you see any cabin

11   cleaners actually board or exit a plane in the

12   hangar?

13        A.   Oh, at the maintenance facility?

14        Q.   Uh-huh.

15        A.   No.

16        Q.   All right.  You also said you saw -- you

17   went to an area where they staged provision trucks

18   with supplies, could you tell me about that.

19        A.   Yeah.  I don't exactly remember where it

20   was on the airport, but they have what looks like a

21   small storage facility, I wouldn't consider it

22   large enough to be a warehouse, but they would back

23   up their box trucks and high lift trucks and they

24   would supply those with needed items, so...

25        Q.   By they, do you know who they were?

126

 1    turn to the last page of Exhibit 144, is that the

 2    little portable steps you were talking about?  I'm

 3    just trying to get an identification.

 4         A.   I'm not sure I understand, are you

 5    referring to what they would use on the smaller

 6    regional jets to board the aircraft?

 7         Q.   Right.  You said you believed -- you

 8    weren't sure, but your understanding is JetStream

 9    services those as well, but you didn't see any crew

10    members -- any cabin cleaners actually using those

11    steps?

12         A.   I didn't.  And so, therefore, I don't

13    know what they actually use on those smaller jets.

14    I know that some of the jets they park away from

15    the terminal and they don't use a jetway per se for

16    boarding.  So I don't know whether in those

17    circumstances they use something like this, I was

18    under the impression -- again, I didn't see this, I

19    was under the impression they would use something

20    more of a passenger boarding stairs.  But again, I

21    didn't see any cabin cleaners operating in those

22    regional jet bays.

23         Q.   I'm going to ask you to keep those in

24    order in case I need to ask you about them later

25    and we'll be referring to the same thing, so here

137

1      Q.   Okay.

2      A.   And I'll put a number 2 on the middle

3   aircraft or the aircraft in the middle bay.

4      Q.   And you didn't see any cabin cleaners

5   when you were in the bay area, because there were

6   no active crews for cabin cleaners?

7      A.   I did not see any cabin cleaners from

8   JetStream there, no.

9      Q.   And I'm just going to ask you to look at

10  the first three --

11          MS. HALPERN:  Well, let's mark this as an

12  exhibit really quickly.

13  EXHIBITS:

14          (Deposition Exhibit No. 324 marked for

15  identification.)

16      Q.   (BY MS. HALPERN)  Mr. Lykins, you've been

17  handed what's been labeled Exhibit 324.  And if you

18  could look at the first three pages of Exhibit 144,

19  the pictures, if you could talk to me about any

20  other differences that you're aware of between

21  these bay areas that we didn't see and how

22  Exhibit 144 is, which is the main hangar that they

23  took us to, that JetStream took us to.

24          MR. MORRISON:  Object to form.

25      A.   Other than what I've already described, I

138

1    just can't recall any specific differences other

2    than, I mean, it was a different part of the

3    building --

4        Q.  (BY MS. HALPERN)  Right.

5        A.  -- the dimensions of the hangar was

6    different, the layout was different, as I've

7    depicted in the drawing.  Other than that, that's

8    all I can recall by way of differences.

9        Q.  Do you know if the ceilings were the same

10   height?

11       A.  Yeah, I was just thinking of that, and I

12   just can't recall.

13       Q.  Okay.  And Exhibit 324 that you drew,

14   this is all one continuous space, though; correct?

15       A.  That's correct.

16       Q.  It's not three different rooms?

17       A.  Correct.  In other words, there are not

18   walls floor to ceiling between each bay.

19       Q.  And do you know how cabin cleaners at

20   JetStream board or exit the planes in the hangar?

21       A.  My understanding, without actually seeing

22   them do it, my understanding is they would board

23   and exit using the same work stairs, mobile work

24   stairs that were staged by one of the aircraft in

25   this hangar, the main hangar that we saw.

139

1        Q.  Do you know how they would approach or

2   exit the -- not approach -- Strike that.

3            Other than getting on and off of the

4   stairs, do you know how they would come close and

5   go away from the airplane in the hangar?

6        A.  So if I understand you right, you're

7   wanting me to talk about how they would actually

8   walk up to the stairs that they would use to board

9   the aircraft?

10       Q.  Do they walk, do they drive, where do

11  they come from?

12       A.  I don't know.

13       Q.  Okay.  So you don't know how they enter

14  or exit the hangar?

15       A.  I do not know.

16       Q.  And you don't know the routes they would

17  take, for example?

18       A.  No.  And again, I did not observe them

19  performing any cleaning while I was there.

20       Q.  Okay.  I'm going to ask you to turn to

21  Exhibit 142, again, your amended report.  Page 6 at

22  the bottom, the belt loader conveyors.  What is the

23  closest you saw a cabin cleaner come to a belt

24  loader conveyor at your entry on land on May 1st at

25  DIA?

140

1          A.   I saw a crew walk within, and I'm

2    estimating here, 20 feet, 25 feet of a belt loader

3    while I was on my inspection.

4          Q.   Okay.  Was that a crew at one of the

5    concourse B?

6          A.   Yes, it was.

7          Q.   Can you describe how they came within 20,

8    25 feet of the belt loader?

9          A.   The van staged itself between the two

10   gates, so there was an aircraft gate on the right

11   of the van and then an aircraft gate on the left of

12   the van.  The crew that exited the van split up

13   into two groups, one went to the aircraft on the

14   right, which the jetway stairs was probably at the

15   1 to 2:00 position as you're sitting in the van.

16   The other crew had to walk underneath the nose of

17   the aircraft to the left, more of a 9, maybe, to

18   10:00 position as you're sitting in the van.  And

19   the belt loader was staged on the right-hand side

20   of that aircraft and they walked to the belt

21   loader's right.

22         Q.   And how did they enter or exit the plane?

23         A.   The ones that went to the aircraft on the

24   left --

25         Q.   Yeah, this might be easier, I've done

143

1    or near the nose of the aircraft to get -- and

2    let's just assume --

3         Q.  You're an excellent drawer, I would

4    recommend you to --

5         A.  Yeah, I knew you were going to say that.

6    (Laughter.)

7             But at any rate, they came through this

8    area here because they needed to access these

9    jetway stairs on the side.  There was a belt loader

10   staged in this general area that's shown on this

11   Exhibit 91, and that's where I noticed they walked,

12   and again, approximately 20 to 25 feet as they went

13   through this area.

14        Q.  And the only reason I'm asking you to

15   draw it is by saying here, this and that, it

16   doesn't show up on the transcript and then we're

17   not going to know what you were actually referring

18   to when we try to read it back.

19        A.  Okay.  Let me recommend this.

20        Q.  Okay.

21        A.  I've got B coming off this direction

22   where there's no aircraft, and as opposed to

23   drawing all of these details to where we can

24   understand it, can we just agree that this path

25   could come in this way, if this aircraft were over

144

1    here (indicating).

2          Q.   Sure.

3          A.   That's what I'd like to do.  So this path

4    looked similar to this (indicating).

5          Q.   Okay.

6          A.   And they utilized this here.  So what I'm

7    saying is they're roughly 20 to 25 feet, this is

8    the belt loader here, I'll put an X on the belt

9    loader and --

10          Q.   Okay.

11          A.   -- this distance here was the 20 to 25

12    feet.  And again, I did not measure that, that's

13    just a generalized estimate here.

14          Q.   Okay.  Did you -- how many times did you

15    see that happen during entry on land on, I think

16    you said it was May 1st, 2014?

17          A.   I can only remember seeing that happen

18    once.

19              MS. HALPERN:  Okay.  I'm going to mark

20    this as Exhibit 325.

21    EXHIBITS:

22              (Deposition Exhibit No. 325 marked for

23    identification.)

24          Q.   (BY MS. HALPERN)  Now, if we flip to

25    page 8 of your expert report, Exhibit 142, I'm

145

1   going to ask you about the jet engine inlets.  How

2   close did you see a cabin cleaner get to an engine

3   when you were at the entry on land at DIA on May

4   1st, 2014?

5       A.  You know, I didn't take any measurements

6   as they walked.  They probably -- the closest I saw

7   was as they would climb the stairs of the jetway as

8   the aircraft was parked at the gate.

9       Q.  Did you ever see a cabin cleaning crew

10  approach the engines while they were on?

11      A.  I did not notice anyone approaching or

12  standing or operating around an operating jet

13  engine, no.

14      Q.  Did you ever see a cabin cleaner stand

15  behind an engine?

16      A.  I noticed that they were walking behind

17  the engines, yes.

18      Q.  Okay.  How close did they get to behind

19  the engines, which would be where the jet blast is?

20      A.  Maybe 75 feet, maybe 100, again, it's a

21  real rough estimate.

22      Q.  Okay.  Are you aware of any airport

23  regulations about how -- when employees can

24  approach airplanes to board and exit them?  That

25  was a terribly unclear question.

147

 1          A.   Well, the distance --

 2          Q.   -- how many feet that is?

 3          A.   It's not depicted on this particular

 4     drawing simply because it depends on the engine in

 5     question, it also depends on the operating speed of

 6     the engine at the time that you are considering

 7     these distances.  For example, an engine at idle,

 8     these distances with will be shorter than an engine

 9     at above idle.

10          Q.   Do you know what page 11 is actually

11     depicting, if it's at idle or on, the engine is on?

12          A.   It doesn't indicate what engine condition

13     is depicted here.  It looks to me more like a

14     depiction of the zone in general, and more

15     specifically indicating and trying to illustrate

16     how, the closer you get to the engine inlet, the

17     greater the danger of ingestion is.

18          Q.   Okay.  More generally what's the average,

19     if you could tell me the averages of this no-cross

20     zone when an engine is on?

21          A.   Yeah, I've never really ran that analysis

22     simply because there's so many different makes and

23     models of aircraft with different sized engines,

24     and the engines are placed at different heights.

25     But I mean, in general you're probably looking at a

149

1    boundary is painted on the ground for?

2         A.   It's subject to the size of aircraft

3    that's anticipated for that gate.  Clearance, as

4    far as the largest aircraft to the outside of this

5    safe area is typically a minimum of 5 feet.

6         Q.   Uh-huh.  And so just to get this -- to

7    see if I get this correct, there's an additional 5

8    feet over what the size of the airplane would be?

9         A.   At least, yes.  And again, there's a lot

10   of things that play into the number, whether it's

11   the airport rules, whether it's the size of the

12   aircraft, the operator, a lot of inputs determine

13   what that is.

14        Q.   Okay.  Did you ever see any cabin

15   cleaners cross either -- I'll do it one at a time.

16   Did you ever see any cabin cleaners cross the

17   hazard zone that you depicted on page 11 of

18   Exhibit 142 while you were at the entry on land at

19   DIA?

20        A.   I don't recall seeing any cabin cleaners

21   get into that area.

22        Q.   And how about this second boundary that's

23   the additional 5 feet or more that circles the

24   plane, that's painted on the ground?

25        A.   Yes, I did see cabin cleaners inside that

152

1          A.  Not that I recall.

2          Q.  Okay.  And you said no one did that,

3     approach the plane while the engines were on?

4          A.  I never observed that, no.

5          Q.  Okay.  Now, I wanted to ask you a

6     question about blast versus ingestion.  It was

7     unclear to me what you thought the danger of

8     clothing was when it came to jet blast, if you

9     could let me know what that is.

10         A.  Well, a jet blast is a danger in and of

11    itself.  And I don't recall speaking to jet blast

12    and clothing, maybe I did, but jet blast danger is

13    more -- or hazard is more a location issue as

14    opposed to clothing.

15              For example, if you're within the jet

16    blast area, you're more likely to just, regardless

17    of what you're wearing, feel the effects of jet

18    blast.  I suppose if you were wearing extremely

19    loose and baggy clothing, that could create some

20    sort of a kite effect, that it would be enhanced,

21    the jet blast effect would be enhanced on your body

22    and the forces would increase.  I've not done that

23    analysis, but I could perceive that would be a

24    possibility.  But that wasn't what I was referring

25    to in my report.

153

1      Q.   Okay.  So for jet blast, it really

2    doesn't matter what you're wearing, it's just that

3    you're going to be stuck in an area where you're

4    going to be blasted by hot air?

5      A.   Well, the hot air isn't the main concern,

6    although it can be hot, it's the force of the

7    blast.

8      Q.   It will knock you over?

9      A.   Yeah, it's similar to a force you would

10   get if you maybe walked in front of a fire hose

11   that was running, and you just couldn't stand up

12   because the force, instead of water, it's literally

13   exhaust gases from the engine.

14     Q.   Okay.  And that's about where you're

15   standing, not what you're wearing?

16     A.   That's correct.

17     Q.   Okay.  I wanted to ask you some questions

18   about the maintenance shops and power tools that

19   you talk about.  Did you see any cabin cleaners in

20   the hangar working next to any power tools or

21   machine tools?

22     A.   During my inspection I did not observe

23   that.  My understanding was that the third shift is

24   the shift that would do the overnight or deep

25   cleans of the aircraft, and those would oftentimes

154

1    take place in the maintenance facility at United.

2         Q.   Okay.   In your experience as a private

3    employer have you ever had -- or in your consulting

4    work, have you ever heard of a cabin employee get

5    hurt by a power tool a mechanic was using?

6              MR. MORRISON:   Object to form.

7         A.   I can't think of a specific instance

8    where a cabin cleaner was injured by a power tool

9    being operated or utilized by a mechanic.

10        Q.   (BY MS. HALPERN)   Okay.   How close are

11   you assuming that the cabin cleaners on the third

12   shift might come to a power tool while it was in

13   use, in this report, Exhibit 142.

14        A.   By virtue of the fact that they have

15   access to the maintenance hangar, and they're

16   needing to board the aircraft while it's in the

17   maintenance hangar undergoing maintenance, is

18   similar to their exposure to the ramp areas.

19             One could summize that while all they're

20   going to do is walk from this point, point A to

21   point B, hypothetically, and that would be the safe

22   path they would take, and they would never come in

23   close proximity to any power tools in the

24   maintenance hanger, they would never come into

25   contact with any, you know, fueling equipment or

155

```
 1   air hoses or cables on the ramp or belt loaders.

 2           But the point is in hazard analysis, you

 3   can't assume that a human is always going to act in

 4   a predicted manner.  And so, therefore, because

 5   they have access to the maintenance hangar, which

 6   incorporates these power tools, they have the

 7   potential of coming into contact with the power

 8   tools while they're performing their work, whether

 9   they're walking to the aircraft or from the

10   aircraft.

11       Q.  If JetStream were to train cabin cleaners

12   in safety procedures better would that mitigate

13   that danger?

14       A.  Which danger?  I'm assuming you're

15   talking about the power tool.

16       Q.  Acting unpredictably.

17       A.  Oh, acting unpredictably?  Training

18   helps, but there's a lot of safety literature out

19   there that confirms that humans are going to act

20   un -- you know, they're going to have zeal, they're

21   going to be fatigued, they're going to be

22   distracted, they're going to have curiosity.  Any

23   and all of these things contribute to an employee

24   or a human acting in a way that they may not have

25   been trained, or had been trained not to act, which
```

163

 1    company staged on a 7 -- believe it was a 757.

 2         Q.  Uh-huh.

 3         A.  And it was a windy day, the cabin cleaner

 4    was moving pillows and -- you know, I say it's a

 5    cabin cleaner, it may not have been, it may have

 6    been an employee of the catering company, and

 7    they're not necessarily categorized as cabin

 8    cleaners.  But he was moving a large plastic bag

 9    full of pillows between the aircraft and the truck,

10    and as he exited the truck the wind caught this bag

11    of pillows and threw him off balance.  The

12    guardrail on the truck was defective and failed to

13    hold him in the position and he ended up being

14    killed as he landed head-first on the pavement.

15         Q.  So that was caused because of defective

16    guardrails?

17         A.  Well, there were a couple of things

18    there, the guardrail is one issue.  The other issue

19    was that there is a requirement, beyond a certain

20    windy condition, to not use high lift trucks, to

21    use the stairs on the jetway or even the jetway

22    itself to board the aircraft.

23         Q.  Do you know of any injuries of cabin

24    cleaners that occurred because of their clothing,

25    whether personally or through investigation, from

164

1    your experience?

2         A.  No, I don't recall any.

3         Q.  And just a final question and then maybe

4    a lunch break, and then we'll try to do the

5    rebuttal and get out of here because you're costing

6    me 355 an hour, but -- or 365.

7              So page 18 of Exhibit 142, I wanted to

8    ask you about your conclusions 7.1 just for some

9    clarification.  You say, Wearing loose clothing,

10   including long skirts and long head scarves... For

11   the purpose of this case is that the only analysis

12   you did, long skirts and long head scarves?

13        A.  That was the focus of my analysis, yes.

14             MS. HALPERN:  Okay.  Let's take a lunch

15   break.

16             (Whereupon, the proceedings were in

17   recess at 1:38 p.m. and subsequently reconvened at

18   2:32 p.m., and the following proceedings were

19   entered of record:)

20        Q.  (BY MS. HALPERN)  Okay.  Mr. Lykins,

21   right before we left I was talking about your

22   expert report that has been previously introduced

23   as Exhibit 142.  I don't know if you had a chance

24   to think about what you relied on in the report,

25   and maybe be a little more specific than the

168

1    to aircraft impact or contacting the aircraft.

2        Q.   And how did that affect your analysis?

3        A.   Well, the fact that they address this and

4    it appeared that they were in compliance with what

5    I'm used to in the industry with regard to aircraft

6    contact incidences on the ramp, it helped me get a

7    picture as to the specifics of their coverage of

8    this particular aspect of safety on the ramp.

9        Q.   How about the second page, JS 007129?

10   It's the back, it's double-sided of Exhibit 97.

11       A.   Yes, I have it.

12       Q.   Okay.  Did you consider JS 007129 in your

13   analysis in Exhibit 142?

14       A.   Yes, I did.

15       Q.   Okay.  How so?

16       A.   Well, this page talks about FOD control,

17   it also talks about jet blast and ingestion, three

18   things which ramp employees, including aircraft

19   cabin cleaners, are involved with, so that

20   incorporated into my analysis.

21       Q.   Okay.  You didn't talk about FOD in

22   Exhibit 142, did you?

23       A.   I don't think I specifically mentioned

24   FOD in my report dated July 29th, 2014, no.

25       Q.   Okay.  And you don't address slip,

169

```
 1    tripping and falling on steps in Exhibit 142

 2    either; correct?

 3         A.  Not in the body of the report, no.

 4         Q.  And I just wanted to clarify, on page --

 5    the last page the report, page 18, I tried to get

 6    clarification on this earlier, and I just wanted to

 7    make sure I understood your answer.  For 7.1 your

 8    analysis in Exhibit 142 is limited to long skirts

 9    and head scarves?

10         A.  As it relates to loose clothing.

11         Q.  Yeah.

12         A.  Those were the two articles of clothing

13    that were focused on in my report.  But I will say

14    this, wearing of loose clothing, in other words,

15    even with regard to these two particular pieces of

16    clothing, it has to do with the fact that they

17    would be loose.  So loose clothing is the focus,

18    and the specific focus becomes long skirts and long

19    head scarves.

20              MS. HALPERN:  I am going to introduce

21    what will be marked as Exhibit --

22              COURT REPORTER:  326.

23              MS. HALPERN:  -- 326.

24    EXHIBITS:

25              (Deposition Exhibit No. 326 marked for
```

170

```
 1    identification.)

 2         Q.  (BY MS. HALPERN)  Mr. Lykins, have you

 3    seen Exhibit 326 before?

 4         A.  Yes, I have.

 5         Q.  What is Exhibit 326?

 6         A.  326 is my rebuttal report dated October

 7    6th, 2014.

 8         Q.  And I'm going to ask you a couple

 9    questions about that.

10              What background do you have supervising

11    cabin cleaners?

12         A.  I've never supervised cabin cleaners

13    specifically.

14         Q.  Okay.  And I think we talked about your

15    policy development earlier, have you ever been

16    involved in creating safety policies for cabin

17    cleaners?

18         A.  Specific to cabin cleaners, no.  As far

19    as ramp personnel, yes.

20         Q.  Okay.  And we've talked about the

21    experiences you've had with the ramp personnel

22    before --

23         A.  Yes.

24         Q.  -- at the beginning of the deposition.

25              Okay.  And those -- and you've had time
```