# EXHIBIT 4

```
                                                                        1
 1
 2              IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLORADO
 3           CIVIL ACTION NO.:  13-cv-02340-CMA-KMT

 4   _____

 5

 6   EQUAL EMPLOYMENT OPPORTUNITY
     COMMISSION,
 7
               Plaintiff,
 8

 9   and

10
     SAFIA ABDULLE ALI, ET AL
11

12             Plaintiff Intervenors,

13
     vs.
14

15   JETSTREAM GROUND SERVICES, INC.,

16
               Defendant.
17   _____/

18

19             The 30 (b)(6) Deposition of JETSTREAM GROUND
     SERVICES, INC., BY MARIELA FELICIANO, HUMAN RESOURCES
20   DIRECTOR, held on Wednesday, July 9, 2014, taken at the
     Hampton Inn, 13801 U.S. Highway 1, Conference Room, Juno
21   Beach, Florida, 33408, commencing at 11:58 a.m., before
     Marcella R. Samson, a Shorthand Reporter and Notary
22   Public in and for the State of Florida.

23

24

25
```

[7/9/2014] 30(b)6 - Feliciano, Mariela (7-9-14)

54

1
2      locations; and then 25600, implemented January
3      2011; 25893, implemented on July 2010.
4          Q.   Those policies you just read out
5      didn't count for Denver, correct?
6          A.   Correct.
7          Q.   And what category do cabin cleaners
8      fall under, utility, ramp?
9          A.   Utility.
10         Q.   Utility.  So ramp and cargo are
11     under -- are considered different
12     classifications?
13         A.   As far as?
14         Q.   Types of employees and the policies
15     that apply to them.
16         A.   This is the policy that was created
17     for cargo, ramp, utility for everybody.
18         Q.   But it's three different categories
19     of employees?
20         A.   That is correct.
21         Q.   And cabin cleaners fall under
22     utility?
23         A.   That is correct.  However, Denver
24     has different specifications.  That's why we
25     have to separate or create, if you will, a

[7/9/2014] 30(b)6 - Feliciano, Mariela (7-9-14)