# EXHIBIT 5

1

1  THE UNITED STATES DISTRICT COURT
   FOR THE DISTRICT OF COLORADO
2
   CIVIL ACTION NO. 13-cv-02340-CMA-KMT
3  _____

4  DEPOSITION OF KOFFI DEVI
   EXAMINATION DATE:  OCTOBER 6, 2014
5  _____

6  EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

7  Plaintiff,

8  and

9  SAFIA ABDULLE ALI, et al.

10 v.

11 JETSTREAM GROUND SERVICES, INC.,

12 Defendant.
   _____
13

14          PURSUANT TO NOTICE, the deposition of
   KOFFI DEVI was taken at 9:36 a.m. on October 6, 2014, at
15 303 East 17th Avenue, Suite 410, Denver, Colorado,
   before Nathan Stormo, Registered Professional Reporter
16 and Notary Public in and for the State of Colorado, said
   deposition being taken pursuant to the Federal Rules of
17 Civil Procedure.

18

19
                      Nathan Stormo
20         Registered Professional Reporter

21

22

23

24

25

[10/6/2014] Devi, Koffi (10-06-14)

```
                                                                    25

 1      Q    That's okay.

 2      A    It is just a little light machine.

 3      Q    How many pounds is this machine?

 4      A    I don't know.  It is not heavy.

 5      Q    Does it have any moving parts to it?

 6      A    It is a rounded machine which has a top, so
 7   usually when the water is almost full, we just have to
 8   take it out and empty the water.

 9      Q    Do cabin cleaners work with belt loaders?

10           THE INTERPRETER:  I'm sorry.  I didn't --

11      Q    (By Ms. Halpern)  Do cabin cleaners work with
12   belt loaders?

13      A    Belt loaders?

14      Q    Belt loaders; the belts that ramp agents use to
15   get luggage onto the aircraft.

16      A    No.

17      Q    Do cabin cleaners ever get close to the belt
18   loaders?

19           MR. VOLIN:  Object to form.

20      A    So for big airplanes, sometimes the belts are
21   close to our entrance.  So usually the drivers or people
22   are going to go around close to the belt to go inside of
23   the airplane.

24      Q    (By Ms. Halpern)  So how far away does the
25   truck with the belt loader pass from the cabin cleaners,
```

[10/6/2014] Devi, Koffi (10-06-14)

26

1  would you say?

2          MR. VOLIN:  Object to form.

3      A   So the cleaners don't get close.  Only the

4  truck driver and the person who is leading him or her.

5      Q   (By Ms. Halpern)  So the cabin cleaners never

6  get close to the belt loaders?

7      A   No.

8      Q   How many cabin cleaners do you think you have

9  supervised as a lead cabin cleaner?

10     A   I cannot remember exactly, the exact number.

11     Q   Would you say it is a lot?

12     A   Yes.  Sometimes I work with the first shift and

13  the second shift, so it is a lot.

14     Q   How frequently do you work with the second

15  shift?

16     A   Not a lot of time, sometimes.  My shift is

17  supposed to end at 2:00, and sometimes it overlaps for

18  an extra hour, and that is when I get to work with the

19  second shift.

20     Q   How long have you been working on the first

21  shift as the supervisor?

22     A   If I have a good memory, it would be I started

23  in May 2009.

24     Q   And when you were a lead cabin cleaner for Air

25  Serv and JetStream, what shift did you work?

[10/6/2014] Devi, Koffi (10-06-14)

43

1  cleaners who wore skirts at Worldwide?

2       A    At Worldwide?

3       Q    At Worldwide.

4       A    No, I can't remember anything.

5       Q    You don't remember if you worked with women at

6  Worldwide who wore skirts or not?

7       A    No.

8       Q    I'm going to change topics and ask you a little

9  bit about your training at JetStream.  Do you get any

10 safety training at JetStream?

11      A    Yes.  We see videos.

12      Q    Okay.  Could you tell me what JetStream tells

13 you about safety on the job as a cabin cleaner?

14      A    They teach us about security out at the

15 airport, so those who drive vans, they need to pay

16 attention for traffic.  They have to pay attention to

17 the ramp agents.  They recommend us to wear safety vest.

18 We wear ear plugs.  So to get to the gate before you go

19 up the stairs, you have to pay attention, and to make

20 sure you don't rush.  That way you don't slip down.

21      Q    Anything else JetStream tells you about safety

22 as a cabin cleaner?

23      A    So the engine, the airplane engine has to be

24 off before we can go up and start cleaning.  And for the

25 truck drivers, there has to be someone to lead the truck

[10/6/2014] Devi, Koffi (10-06-14)

```
                                                                  45

 1        A    Could you repeat the question, please?

 2        Q    That's to avoid accidents, to be careful to

 3   avoid getting in crashes; is that correct?

 4        A    Yes, that is true, to avoid accidents.

 5        Q    Then you said you had training on the engines

 6   on the ramp.  What do you mean by training regarding the

 7   engines on the ramp?

 8        A    The only thing I can say is the engine has to

 9   be off before we can start going up stairs.

10        Q    So cabin cleaners are not allowed to walk

11   towards the stairs before the engines are off?

12        A    We are not allowed to move, to go any further

13   if the engine is still on.

14        Q    Are there any rules about how close cabin

15   cleaners can get to the engines even when the engines

16   are off?

17        A    Can you repeat the question?

18        Q    Is there any safety training or any rules about

19   how close cabin cleaners can get to the engines even

20   when the engines are off?

21        A    So we always park our trucks away from the

22   engine.  We can never get closer to the engine.

23        Q    So JetStream trains cabin cleaners not to get

24   close to the engines even when they are off?

25        A    I cannot say it is JetStream.  It is just the
```

[10/6/2014] Devi, Koffi (10-06-14)

46

1    law for the airport.  We cannot get close to the engine
2    when the engine is on for security reasons.
3        Q    And what is the closest a cabin cleaner ever
4    comes to an airplane engine?
5        A    The smallest distance, you mean?
6        Q    Yes.  That you have observed, how close to
7    cabin cleaners get to the engine?
8        A    The cabin cleaners, they don't go close to the
9    engine.
10       Q    Okay.  Then you said -- and you said that's
11   across the airport, that's just not JetStream.  That is
12   all across the airport, cabin cleaners don't approach
13   the engines?
14       A    Yes.  It is a general rule at the airport, and
15   all the companies that work at the airport follow the
16   rules.
17       Q    Have you ever seen a cabin cleaner get very
18   close to an engine, from 2004 to the present?
19       A    When the engine is on?
20       Q    Sure, when the engine is on.
21       A    No, we cannot get closer.
22       Q    Have you seen anyone who is a cabin cleaner get
23   close to the engine when it was off?
24       A    Sometimes it happens when something falls down,
25   and you can go pick it up, but we would try not to get

[10/6/2014] Devi, Koffi (10-06-14)

47

1  closer to the engine.
2       Q    And they can only pick up an object that fell
3  when the engine is off?
4       A    Yes.  And usually -- sometime when you're going
5  up stairs and a paper towel falls down, usually the
6  leads are the ones who go pick it up.  Usually the
7  cleaners don't go close to the engine.
8       Q    Do you use meters or feet when you talk about
9  measurements?
10      A    What measurements?
11      Q    Just in your day-to-day life, do you talk in
12 meters or feet?
13      A    I really don't understand the question.
14      Q    If I were to ask you the closest you have ever
15 seen a lead cabin cleaner get to an engine, even when it
16 is off, should I ask you how many meters you have seen
17 the cabin cleaner away from the engine, or should I ask
18 you how many feet, what is the distance?
19      A    I really don't have a big notion about the
20 distance.  I know the engine is there, and you have to
21 stay away from this one, but I don't exactly know how
22 long.
23      Q    Okay.  But it's far away?
24      A    Yes.
25      Q    Okay. Now, you also said that you're trained

[10/6/2014] Devi, Koffi (10-06-14)

53

1    are important at JetStream, or is the only reason they
2    might fall off if they are not closed toed?
3        A    And that you would not be comfortable if you
4    were wearing sandals or open-toed shoes.
5        Q    And is that what JetStream said when they gave
6    you training on closed-toed shoes?
7        A    JetStream did not say that, but they did
8    recommend it.
9        Q    And who recommends that you wear closed-toed
10   shoes as a cabin cleaner?
11       A    It is a part of our safety program.
12       Q    At JetStream, or in the airport in general?
13       A    At the airport in general.
14       Q    And you said that as part of your safety
15   training at JetStream, you were told to wear gloves as
16   cabin cleaners.  Why did they tell you that was
17   important?
18       A    So gloves are essential tools for our job,
19   because we are cleaning toilets.  We are cleaning dirty
20   stuff, so we have to make sure we have the gloves on.
21       Q    So for sanitary purposes?
22       A    And the work requires to wear gloves.
23       Q    Did JetStream say that gloves were important
24   for any other reasons?
25       A    Just not to be infected from other stuff.

[10/6/2014] Devi, Koffi (10-06-14)

54

1  Q  Against contamination?

2  A  Yes, and the work requires to wear gloves.

3  Q  Is contamination the biggest safety hazard that

4  cabin cleaners face at JetStream?

5  A  It is not the biggest one.

6  Q  What is the biggest safety hazard that cabin

7  cleaners face at JetStream?

8  A  So when we're cleaning the airplanes?

9  Q  Correct.

10 A  Yes. Sometimes we see throw-ups, throw-ups.

11 Sometimes people go in the bathroom, they don't flush

12 the toilets.

13 Q  So body fluid, throw-up, and clean toilets is

14 the largest safety hazard that cabin cleaners face at

15 JetStream?

16 A  Sometimes we see blood too; blood.

17 Q  Any other major hazards that cabin cleaners

18 face when they're working?

19 A  Usually when a plane comes, we usually have

20 some red bags; those hazard things that we took from the

21 plane. And sometimes those red bags are already in the

22 airplane, so we are supposed to put them somewhere.

23 Q  Okay. And that's to make sure that

24 contaminated -- contaminated objects are disposed of

25 properly?

[10/6/2014] Devi, Koffi (10-06-14)

55

1      A    Yes.

2      Q    Anything else that you think is dangerous about
3 cabin cleaning jobs?
4      A    Sometimes -- sometimes we have a problem with
5 who the last crew member is.
6      Q    What do you mean by that?
7      A    Sometimes when we want to start cleaning the
8 blood, we wait until everyone is off the plane.
9      Q    And why do you think that is a hazard or
10 dangerous?
11      A    Just some of the crew members, the way they
12 tell us or the way they receive us.
13      Q    So sometimes the crew members are hostile
14 toward you?
15      A    Yes. Kind of like a commanding or giving harsh
16 orders.
17      Q    Okay. And that would be United Airlines'
18 flight crew?
19      A    Yes. That would be the airline because they
20 are the only one we work for.
21      Q    Okay. Any other types of safety hazards that
22 you know of for cabin cleaners?
23      A    No.
24      Q    What airplanes does first shift service for
25 United? You told me about the 777, 787, and the 767.

[10/6/2014] Devi, Koffi (10-06-14)

74

1      A     Yes, it happens that they walk.

2      Q     And they are supposed to be careful and not

3 walk on other areas of the ramp when they're doing that,

4 right?

5      A     They have to be careful because there are other

6 ramp agents who are still working.

7      Q     Do cabin cleaners -- and if you read the rest

8 of this sentence that we're looking at, do they

9 typically avoid belt loaders?

10     A     Yes. Sometimes those belts are in the way, and

11 sometimes we have to just go around. But we don't need

12 to get across it.

13     Q     So cabin cleaners don't get close to the belt

14 loaders?

15     A     We don't get close to the belts because usually

16 the belts are on the other side of the airplane. And

17 for us, we get on the plane through the other side.

18     Q     And there is no -- cabin cleaners aren't

19 allowed to cross underneath the plane and get close to

20 the belt loaders, correct?

21     A     No, we are not allowed to.

22     Q     And what are ground power cables and ducts?

23 That's the next item here, ground power cables and

24 ducts, what are those?

25     A     It is one cable that we plug on the -- it is

[10/6/2014] Devi, Koffi (10-06-14)

75

1    one cable that the ramp agents use to plug on the
2    airplane.  And there is another thing that is used for
3    the ventilation.  I don't remember exactly what the name
4    is.
5        Q    And you said ramp agents plug the power cable
6    in, correct?
7        A    Yes.  It is not us.  It is the ramp agent.
8        Q    So cabin cleaners aren't ramp agents; is that
9    correct?
10       A    No, they are not.
11       Q    And do cabin cleaners get close to the ground
12   power cable?
13       A    No.
14       Q    Okay.  After that it talks about aircraft
15   fueling equipment, if you look at that second paragraph
16   on Page 6 of Exhibit 142.  Do cabin cleaners get close
17   to aircraft fueling equipment when they're servicing the
18   airplanes on first shift with JetStream?
19       A    It depends.  Sometimes the van driver may drive
20   by the fueling trucks.  Usually they are not supposed to
21   be next, but they just drive by.
22       Q    So JetStream, the truck, when it's bringing
23   cabin cleaners to a gate, might come near the aircraft
24   fueling equipment?
25       A    Yes.  It just depends on how much space we

76

1   have, because if there is not enough space, we may have
2   to get closer in order to get through.
3       Q    In order to get the van through?
4       A    Yes.  In order for the van to go through and go
5   park close to the gate.
6       Q    Now, when cabin cleaners exit the van, when
7   they're approaching or exiting the airplane, are they
8   ever close to the aircraft fueling equipment?
9       A    The cabin cleaners, no, they don't get close.
10      Q    Let's look at the third paragraph on Page 6,
11  Exhibit 142.  The last sentence talks about the types of
12  equipment that cabin cleaners may work close to when
13  they're on third shift working in the hangar.  Do you
14  see that last sentence of the third paragraph?
15           THE INTERPRETER:  The one starting --
16           MS. HALPERN:  The third paragraph right here,
17  "Third shift workers perform overnight cabin cleaning."
18      Q    (By Ms. Halpern)  And it's the last sentence of
19  that third paragraph I was going to ask you some
20  questions about.
21           THE INTERPRETER:  Let me just read the sentence
22  to him.
23           MS. HALPERN:  Sure.
24           THE INTERPRETER:  Could you ask your question
25  again?

[10/6/2014] Devi, Koffi (10-06-14)

93

1   going to ask you to look at the bottom part of Page 6.
2   It talks about belt loaders, which is the belts that the
3   luggage gets placed on the plane on. You said earlier
4   that the cabin cleaners on first shift don't come close
5   to the belt loaders, correct?
6           MR. VOLIN: Object to form.
7       A   Cleaners don't approach the belts.
8       Q   (By Ms. Halpern) And we talked about ground
9   power cables. I am going through this list that is
10  listed on the second-to-the-last paragraph on Page 6.
11  We talked earlier about ground power cables. Cabin
12  cleaners, you don't know of any cabin cleaners that
13  regularly have to handle ground power cables, correct?
14      A   The airplane's cables?
15      Q   This report calls it a ground power cable. Do
16  cabin cleaners ever come close to ground power cables
17  that power the plane?
18      A   No, they don't approach those cables.
19      Q   And I believe you said earlier that you weren't
20  sure what air ducts were; is that correct?
21          THE INTERPRETER: Is it on the --
22          MS. HALPERN: Yes, the next item on the list.
23      A   I don't know what it is.
24      Q   (By Ms. Halpern) Okay. And we spoke earlier
25  about aircraft fueling equipment, and that's, at least

[10/6/2014] Devi, Koffi (10-06-14)

```
                                                                  94

 1    on the first shift which you supervise, cabin cleaners

 2    do not come close to aircraft fueling equipment,

 3    correct?

 4         A    We do not get close because usually they are

 5    underneath the plane, and it divides the wings, and we

 6    try to go around the wings.

 7         Q    And certainly once cabin cleaners exit the

 8    airplane, they don't come close to the fueling equipment

 9    as they go to enter and exit the plane, correct?

10         A    No, we just go around.  We don't have anything

11    to do with the equipment.

12         Q    Now, other than cabin cleaners who are hired

13    specifically as lavatory servicing cleaners, do any of

14    the cabin cleaners handle lav servicing equipment?  Any

15    of the regular cabin cleaners.

16         A    If you will repeat your question.

17         Q    Sure.  If you look on Page 6 of Exhibit 142, on

18    the second-to-the-last paragraph on Page 6 of

19    Exhibit 142, I'm trying to go through these items to see

20    if cabin cleaners come close to the equipment that is

21    mentioned there.  And the fourth item is lavatory

22    servicing equipment.  So other than lav servicing

23    employees, which I understand to be a separate category

24    of cabin cleaner, do regular, first-shift cabin cleaners

25    who clean inside of the aircraft come close to lavatory
```

```
                                                             95

 1    servicing equipment on the ramp?
 2         A    Cleaners, they don't have anything to do with
 3    those people who do the lavatory servicing equipment.
 4         Q    So they don't work with the lavatory servicing
 5    equipment?
 6         A    No.
 7         Q    And how about the next item on Page 6 of
 8    Exhibit 142 on that second-to-the-last paragraph,
 9    "aircraft towing equipment."  Do cabin cleaners ever
10    come close as they enter or exit the plane to aircraft
11    towing equipment?
12         A    These are always parked right in front of the
13    airplane, so we don't go on the airplane through the
14    front.
15         Q    So cabin cleaners don't come close to the
16    aircraft towing equipment?
17         A    No.
18         Q    Okay.  And we spoke about belt loaders, which
19    is what is discussed on the last paragraph of Page 6,
20    Exhibit 142.  And you said that cabin cleaners don't
21    work in or around belt loaders, correct?
22         A    Cabin cleaners don't have anything to do with
23    the belt loader.
24         Q    And you said earlier you don't know of any
25    cabin cleaner from 2004 to the present that has been
```

[10/6/2014] Devi, Koffi (10-06-14)