# EXHIBIT 6

```
                                                                    1

 1              UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLORADO
 2             CASE NO.:  13-CV-02340-CMA-KMT

 3

    EQUAL EMPLOYMENT OPPORTUNITY          )
 4  COMMISSION,
                                          )
 5                                        )
                Plaintiff(s)
 6                                        )
    and
 7                                        )
                                          )
 8  SAFIA ABDULLE ALI, et al.
                                          )
 9                                        )
                Plaintiff Intervenors,
10                                        )
    vs.                                   )
11
                                          )
12  JETSTREAM GROUND SERVICES,            )
    INC.,                                 )
13                                        )
                Defendant(s).             )
14  _____)

15

16

        Deposition of MARC JOSEPH DESNOYERS, held on Thursday,
17  August 21, 2014, taken at the Hampton Inn Jupiter, Juno
    Beach, Conference Room, 13801 U.S. Highway 1, Juno Beach,
18  Florida, 33408, commencing at 9:01 a.m., before Marcella
    R. Samson, a Shorthand Report and Notary Public in and
19  for the State of Florida at Large.

20

21

22

23

24

25


                [8/21/2014] Desnoyers, Marc (8-21-14)
```

122

1       A    Ground equipment.

2       Q    Tell me what you mean by ground equipment.

3       A    Belt loaders, tugs, ground power units, high-lift

4    trucks, stairs, lav servicing equipment, air-conditioning

5    units.  That's all I can think of right now.

6       Q    And which of the front-line employees are around

7    the belt loader?

8       A    In a ramp operation?

9       Q    Correct.

10      A    All of them.

11      Q    Including cabin cleaners?

12      A    Cabin cleaners aren't necessarily part of the

13   ramp operation.

14      Q    Tell me who you define as part of the ramp

15   operation.

16      A    I would view ramp agents as those servicing and

17   unloading and dispatching and loading aircraft.

18      Q    So would it be the ramp agents that were around

19   the belt loader?

20      A    As part of their job, they would be around a belt

21   loader, yeah.

22      Q    And is there any part of a cabin cleaner's job

23   that involves being around a belt loader?

24      A    Sure.  They're around belt loaders all day long.

25   Airplane at gates have belt loaders.

[8/21/2014] Desnoyers, Marc (8-21-14)

123

1     Q    Do cabin cleaners have to do anything with the
2    belt loader?
3         A    No, they do not.
4         Q    Do they put anything on or off a belt loader?
5         A    I have no idea.  I'm not with them every day.  I
6    know that I've seen operations where belt loaders, I've
7    seen them pulled up to jetways where these use them to
8    position gate-handled bags.  So I could see the potential
9    for an aircraft cleaner to take a shortcut and use a belt
10   loader to maybe move some equipment or be around the belt
11   loader because that's where they access the aircraft.
12        Q    They're not supposed to be using a belt loader as
13   any part of their job duties, correct?
14        A    An aircraft cleaner, no.  As part of their normal
15   responsibilities, they would not be the user of a belt
16   loader.
17        Q    And it would be -- Would it, in your mind, be
18   typical or atypical that they would even need to walk
19   around a belt loader to get up the stairs to an aircraft?
20        A    I think it depends on the specific ramp operation
21   that we're operating in.  I think smaller locations there
22   might be an opportunity to perhaps not do so.  I think hubs
23   are far more chaotic, a lot more movement where the
24   potential for them to access or be close to or come in
25   contact with belt loaders is higher.

[8/21/2014] Desnoyers, Marc (8-21-14)