# EXHIBIT 7

```
                                                                      1

 1              IN THE UNITED STATES DISTRICT COURT

 2                 FOR THE DISTRICT OF COLORADO

 3    Civil Action No. 13-cv-02340-CMA-KMT
      _____
 4
          30(b)(6) DEPOSITION OF JETSTREAM GROUND SERVIDES
 5               CRYSTAL GAIL ENRIQUEZ CADORNIGA
                 EXAMINATION DATE:  April 20, 2015
 6    _____

 7    EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

 8       Plaintiff,

 9    and

10    SAFIA ABDULLE ALI, et al.,

11       Plaintiff Intervenors,

12    v.

13    JETSTREAM GROUND SERVICES, INC.,

14       Defendant.
      _____
15
              PURSUANT TO NOTICE, the 30(b)(6) deposition of
16    JETSTREAM GROUND SERVICES (CRYSTAL GAIL ENRIQUEZ
      CADORNIGA) was taken at 10:06 a.m. on April 20, 2015, at
17    303 East 17th Avenue, Denver, Colorado, before Shauna T.
      Dietel, Registered Professional Reporter and Notary Public
18    in and for the State of Colorado, said deposition being
      taken pursuant to the Federal Rules of Civil Procedure.
19

20


21


22                      Shauna T. Dietel
                 Registered Professional Reporter
23


24


25


         [4/20/2015] 30(b)(6) - Enriguez-Cadorniga, Crystal (4-20-15)
```

```
                                                                    49

 1          Q    (Ms. Halpern)  Was it in Depo Exhibit 90?

 2          A    Oh, let me find that.

 3               JS027225 of Exhibit 90, Line 5, Maria Rodriguez

 4    had a jet blast injury.

 5          Q    And we already discussed that jet blast injury

 6    in your prior deposition when you were the 30(b)(6)

 7    designee for Jetstream in -- I think it was June?  I don't

 8    remember.

 9          A    Correct.

10          Q    Okay.  So subsequent, in Exhibit 364 and 365,

11    there's no jet blast injuries?

12          A    Correct.

13          Q    And there are no ingestion injuries?

14          A    Correct.

15          Q    Any cabin cleaners who were injured on belt

16    loaders in 364 or 365?

17          A    No.

18          Q    And cabin cleaners at DIA don't work with belt

19    loaders; is that correct?

20          A    That's correct.  They don't operate them.

21          Q    Okay.  Do they load any luggage onto belt

22    loaders, the cabin cleaner at DIA?

23          A    No.

24               MR. MORRISON:  Objection.  Outside the scope.

25          Q    (By Ms. Halpern)  You said no?


          [4/20/2015] 30(b)(6) - Enriguez-Cadorniga, Crystal (4-20-15)
```