# EXHIBIT 8

```
                                                                    1
 1

 2              IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLORADO
 3            CIVIL ACTION NO.:  13-cv-02340-CMA-KMT

 4    _____

 5

      EQUAL EMPLOYMENT OPPORTUNITY
 6    COMMISSION,

 7
              Plaintiff,
 8

 9    and

10
      SAFIA ABDULLE ALI, ET AL,
11

12            Plaintiff Intervenors,

13
      vs.
14

15    JETSTREAM GROUND SERVICES, INC.,

16
              Defendant.
17    _____/

18

19            Deposition of CRYSTAL GAIL ENRIGUEZ-CADORNIGA,
      held on Thursday, July 10, 2014, taken at the Hampton
20    Inn, 13801 U.S. Highway 1, Conference Room, Juno Beach,
      Florida, 33408, commencing at 9:04 a.m., before Marcella
21    R. Samson, a Shorthand Reporter and Notary Public in and
      for the State of Florida.
22

23

24

25
```

[7/10/2014] Enriguez-Cadorniga, Crystal (7-10-14)

```
                                                            99
 1
 2        Q.   Can the vehicle approach the aircraft
 3   if the engine is still on?
 4        A.   They can approach the vicinity of
 5   that safety envelope, but they cannot enter
 6   the safety envelope if the engine is still
 7   running or spooling down.
 8        Q.   How far is the safety envelope from
 9   the aircraft?
10        A.   There are painted lines on the
11   ground.  So it varies by aircraft type.  It
12   could be approximately twenty feet from the
13   fuselage or wings.
14        Q.   So when the cabin cleaner's van
15   approaches that safety envelope, what does it
16   do if the engine is still on?
17        A.   They need to remain inside the
18   vehicle.
19        Q.   What do the do while they're
20   waiting, do they just wait for the engine to
21   turn off?
22        A.   Yes, they wait.
23        Q.   How do they know if the engine is
24   turned off?
25        A.   Either the beacon light is off or
```

[7/10/2014] Enriquez-Cadorniga, Crystal (7-10-14)