# EXHIBIT 9

```
                                                                        1

 1                UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLORADO
 2              CASE NO.: 13-CV-02340-CMA-KMT

 3

     EQUAL EMPLOYMENT OPPORTUNITY           )
 4   COMMISSION,                            )
                                            )
 5               Plaintiff(s)               )
     and                                    )
 6                                          )
     SAFIA ABDULLE ALI, et al.              )
 7                                          )
                 Plaintiff Intervenors,)
 8   vs.                                    )
                                            )
 9   JETSTREAM GROUND SERVICES,             )
     INC.,                                  )
10                                          )
                 Defendant(s).              )
11   _____)

12

            Deposition JAMES FRANKLIN AUSTIN (noticed as Frank
13   Austin), held on Friday, August 22, 2014, taken at the
     Hampton Inn Jupiter, Juno Beach, Conference Room, 13801
14   U.S. Highway 1, Juno Beach, Florida, 33408, commencing at
     9:00 a.m., before Marcella R. Samson, a Shorthand Reporter
15   and Notary Public in and for the State of Florida at Large.

16

17

18

19

20

21

22

23

24

25
```

[8/22/2014] Austin, Franklin (8-22-14)

79

1  A   I'm trying to think.  I can't remember
2  specifically, but I would say during start-ups when you got
3  new hires out there and stuff, you know, they might try.
4  We just throw a body block on them or grab them by the --
5  Q   You won't let them, huh?
6  A   Come with me.  That is obviously serious from a
7  safety standpoint.  But if our customer sees that, yeah,
8  that's a big deal.
9  Q   So JetStream won't let individuals approach while
10 the engine is on?
11 A   We have procedures in place that should prevent
12 that.
13 Q   And you can't think of a specific instance where
14 you recall an employee approaching while the engine was on?
15 A   No, I can't.
16 Q   Okay.  We were talking about the water and the
17 lav workers.  You said there's a bunch of other positions
18 in Ramp.
19     Could you tell me what the other positions -- Oh,
20 let me just ask, do water workers work with power tools?
21 A   No, not really.  I mean, they have to take the
22 truck over and hook it up.  That's not a traditional power
23 tool like a drill or a saw, but they got to hook it up; and
24 the water, the same thing, hook it up and fill it.  So it's
25 not a standalone power tool, no.

[8/22/2014] Austin, Franklin (8-22-14)

108

1    A    Of course in our situation when -- In this case,
2    United Airlines union guys are doing the ramp.  We
3    obviously can't rely on them to give us the signal.  So we
4    rely on our supervisor or lead to make sure that the engine
5    is not running.
6    Q    So the cabin cleaner should not be approaching
7    the plane while the engines are on in Denver?
8    A    Correct.
9    Q    And when they're picking up trash outside of the
10   plane, the engine's supposed to be off?
11   A    Oh, yeah.
12   Q    And are employees supposed to be crossing the
13   diamond of safety to pick up trash, cabin cleaners?
14   A    They really shouldn't, unless something was
15   dropped out of -- A lot of times what they'll do, which is
16   not procedure, but it's convenient, is they'll actually
17   open the door -- It's ten, eleven feet -- drop it down to
18   the ground, instead of taking it through the cabin, from
19   the back of the plane and, of course, that puts them in an
20   area they shouldn't be.
21   Q    So they're not supposed to cross even to pick up
22   FOD, the --
23   A    They're not supposed to drop it out of the
24   airplane.  They're supposed to take it through the cabin.
25   Q    By drop it you mean?

[8/22/2014] Austin, Franklin (8-22-14)

```
                                                                   111

 1        A    Every one of them, except Charlotte and Denver.
 2   We don't do any express there.  That's common practice with
 3   all those express planes, flight attendant usually gathers
 4   up the trash.  You know how come they come through and ask
 5   you if there's anything you don't want, give it to the
 6   flight attendant.  They put it in a big bag.  They open the
 7   door.  Of course, that's only about five feet off the
 8   ground, one of those little express flights.
 9        Q    So for the job duties of aircraft cleaners --
10   Denver and Charlotte there's no express flights, correct?
11        A    No.  Huh-uh.  No, ma'am.
12        Q    Typically, you said the duties of an aircraft
13   appearance or cabin cleaner is cleaning the inside of the
14   plane, correct?
15        A    Uh-huh.
16        Q    And keeping supplies in the terminal, clean and
17   stocked, correct?
18        A    Yes, ma'am.
19        Q    They will occasionally pick up F-O-D on the
20   tarmac, correct?
21        A    Yes, ma'am.
22        Q    But they're not supposed to go within the line --
23   the envelope of safety, cross that line towards the plane?
24        A    Correct.
25        Q    Or the painted lines that are on the ground?


                    [8/22/2014] Austin, Franklin (8-22-14)
```

```
                                                                    112

 1        A    Right.  Yeah, they shouldn't -- they have no

 2   business being there.

 3        Q    They have to wait until the engines are off

 4   before they approach the airplane; is that correct?

 5        A    Correct.  Yes, ma'am.

 6        Q    What other duties -- Are there any other duties

 7   you can think of for aircraft appearance?

 8        A    Obviously, they have to keep up with their

 9   training and stuff like that.  That's just a basic

10   requirement.  No, that's -- It's really a thankless job.

11   It's kind of basic.  Again, it's hard work.  I had to do it

12   not too long ago in Tampa, spend the weekend.

13        Q    Did you help out with the cabin cleaners?

14        A    Oh, yeah.  A manager, she called me at

15   10:00 o'clock Saturday morning and said I quit.  After she

16   quit, the supervisor and lav driver quit.

17        Q    This was a few weeks ago?

18        A    A couple months ago.

19        Q    What did you do when you were an aircraft cabin

20   cleaner in Tampa?  Can you walk me through what your day

21   looked like?

22        A    I got the regional that's responsible for Tampa

23   and I went over there and we worked all night.  Well, the

24   first thing I did was got all the phone numbers of all the

25   employees, because I didn't know who else might not show
```

[8/22/2014] Austin, Franklin (8-22-14)