# EXHIBIT 10

1

1   THE UNITED STATES DISTRICT COURT
      FOR THE DISTRICT OF COLORADO
2
    CIVIL ACTION NO. 13-cv-02340-CMA-KMT
3   _____

4   DEPOSITION OF ROBERT BLACKSHER
    EXAMINATION DATE:  DECEMBER 19, 2014
5   _____

6   EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

7   Plaintiff,

8   and

9   SAFIA ABDULLE ALI, et al.

10  v.

11  JETSTREAM GROUND SERVICES, INC.,

12  Defendant.
    _____
13

14          PURSUANT TO NOTICE, the deposition of
    ROBERT BLACKSHER was taken at 9:10 a.m. on December 19,
15  2014, at 303 East 17th Avenue, Suite 410, Denver,
    Colorado, before Nathan Stormo, Registered Professional
16  Reporter and Notary Public in and for the State of
    Colorado, said deposition being taken pursuant to the
17  Federal Rules of Civil Procedure.

18

19
                       Nathan Stormo
20            Registered Professional Reporter

21

22

23

24

25

[12/19/2014] Blacksher, Robert (12-19-14)

41

1 Q Can you put an "E" where you referenced the
2 engine?
3 A Sure. These engines have a lot of power, and
4 they are very, very dangerous. The front end of the
5 engine is very similar to a vacuum cleaner on a
6 humongous scale. The back end of the engine is a fan,
7 for lack of a better term, of a ginormous (phonetic)
8 scale.
9 Q Is that a technical term, "ginormous"?
10 A It's the best I can come up with. It's a very
11 dangerous thing. People on the back end of this have
12 been blown --
13 Q And we will talk about that, Mr. Blacksher, but
14 I really want to find out what the rules are with regard
15 to cabin cleaners; when they can get out of the van.
16 A Understood. We prefer that they way until the
17 engine has what we refer to as spooled down or shut down
18 before they get out of the van and approach the jet
19 bridge.
20 Q And my understanding is that there a red beacon
21 light that shows you whether or not the engine is on,
22 correct, or a beacon light that is either red or green,
23 correct?
24 A There is, yes.
25 Q And if it is red, the engine is on?

[12/19/2014] Blacksher, Robert (12-19-14)

42

1     A    Correct.
2     Q    Okay.  And is it the driver that is responsible
3  for ensuring that the engine has spooled down before the
4  cabin cleaners are allowed to get out of the van?
5     A    It's everyone's responsibility.
6     Q    Okay.  So the rule is that the cabin cleaners
7  can't exit the van until the engine has spooled down; is
8  that correct?
9     A    That is correct.
10    Q    Okay.  And is that a very clear safety policy
11 at JetStream?
12    A    It is.
13    Q    And what happens if that rule is not followed,
14 is somebody disciplined?
15    A    Well, I mean, that would be the best-case
16 scenario.  What happens when that rule is not followed
17 is people are at risk of being hurt very badly.
18    Q    Okay.  So have you ever had a circumstance
19 where a cabin cleaner was injured by an engine at
20 JetStream?
21    A    At JetStream, no.  With another service
22 provider, yes.
23    Q    And we can talk about that later.
24         And it was a cabin cleaner?
25    A    It was, actually.

[12/19/2014] Blacksher, Robert (12-19-14)

172

1        (Deposition Exhibit 353 was marked.)

2        Q    (By Ms. Halpern)  I'm going hand you a piece of
3   paper that has been marked as Exhibit 353, and if you
4   could draw the diamond of safety.
5        A    This is not going to be a very good picture.
6             So you keep referring to a safety diamond.
7   Safety diamond, as I would define it, is a diamond shape
8   that runs from tail to wingtip, from nose to wingtip,
9   and the same thing on the other side, hence the phrase
10  diamond.
11            In your question you asked me about a line that
12  was 25 feet away from --
13       Q    Our understanding from reading Ms. Cadorniga's
14  deposition is that cabin cleaners are instructed to stay
15  approximately 25 feet away from the engine even when the
16  engines are off.
17       A    Okay.
18       Q    Is that correct?
19       A    That is, yes.
20       Q    Okay.  And I guess we're asking what -- where
21  the lines of the diamond of safety are separately.
22  Where would these be compared to the engine?
23       A    Different distance, different aircraft.
24       Q    Okay.
25       A    And, again, I can't speak for Ms. Cadorniga,

[12/19/2014] Blacksher, Robert (12-19-14)