**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 13-cv-02340-CMA-KMT

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

SAFIA ABDULLE ALI,
SAHRA BASHI ABDIRAHMAN,
HANA BOKKU,
SADIYO HASSAN JAMA, and
SAIDA WARSAME, a/k/a AMINO WARSAME,

    Plaintiff Intervenors,

v.

JETSTREAM GROUND SERVICES, INC.,

    Defendant.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

This action was tried before a jury of eight duly sworn to try the issues herein with United States District Judge Christine M. Arguello presiding, and the jury has rendered its verdicts. It is

ORDERED that judgment is entered on behalf of the Defendant JetStream Ground Services, Inc., and against the Plaintiff Equal Employment Opportunity

Commission and Intervenor Plainitffs Safia Abdulle Ali, Sahra Bashi Abdirahman, Hana Bokku, Sadiyo Hassan Jama, and Saida Warsame.  It is

FURTHER ORDERED that the Defendant shall have its costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen (14) days of entry of judgment, and pursuant to the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1

DATED: April 29, 2016

                FOR THE COURT:
                JEFFREY P. COLWELL, CLERK

        By:  s/   V. Barnes
                V. Barnes
                Deputy Clerk